# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

------------------------------------------------------------------- X

**ETHAN KESSLER HALLEY** a/k/a Eitan Kessler
Halley;
Hagefen 26, Karnei Shomron, Israel;

Case No: 24-cv-571

**ADAM FISCHER HALLEY,**
Hagefen 26, Karnei Shomron, Israel;

**<u>COMPLAINT</u>**

**WENDY KESSLER HALLEY**,
Hagefen 26, Karnei Shomron, Israel;

**Jury Trial Demanded**

**BOAZ KESSLER HALLEY**,
Hagefen 26, Karnei Shomron, Israel;

**SADIE KESSLER HALLEY**,
Hagefen 26, Karnei Shomron, Israel;

**JANE KESSLER**,
Hagefen 26, Karnei Shomron, Israel;

**ROBERT KESSLER**,
Hagefen 26, Karnei Shomron, Israel;

**JULIANA FARRON** a/k/a Juliana Bausi, individually
and as personal representative of the **ESTATE OF ITAI
YEHUDA BAUSI**, and as the mother and natural
guardian of minor plaintiff **A.B.,**
Kvutsat Yavne D. N. Evtach, 7923300 Israel;

**SHAHAR BAUSI**, individually and as personal
representative of the **ESTATE OF ITAI YEHUDA
BAUSI**, and as the father and natural guardian of **A.B.,**
minor**,**
Kvutsat Yavne D. N. Evtach, 7923300 Israel;

**NOA BAUSI**,
Kvutsat Yavne D. N. Evtach, 7923300 Israel;

**YOAV BAUSI**,
Kvutsat Yavne D. N. Evtach, 7923300 Israel;

**MARC FARRON**,
Kvutsat Yavne D. N. Evtach, 7923300 Israel;

**MAZAL BUSSI**,
Kvutsat Yavne D. N. Evtach, 7923300 Israel;

**AHARON BUSSI**,
Kvutsat Yavne D. N. Evtach, 7923300 Israel;

**CARMEL RIPSTEIN**,
Kvutsat Yavne D. N. Evtach, 7923300 Israel;

**MAURICE SHNAIDER**
247 Albany Avenue, Kingston, NY 12401

**HAIM BERNSTEIN,** individually and as personal
representative of the **ESTATE OF YEHONATAN
TZOR** a/k/a Yehonatan Bernstein,
Kefar Maimom, Israel;

**ROBIN LYNN LUBIN,** individually and as personal
representative of the **ESTATE OF ROSE IDA LUBIN**,
and as the mother and natural guardian of plaintiffs **I.E.L.,
L.Z.L.,** and **J.H.L.**, minors,
5018 Wyntergate Drive Dunwoody GA 30338;

**ALEC MEYER LUBIN**,
5018 Wyntergate Drive Dunwoody GA 30338;

**EVE LAPIDES LUBIN MARX**,
5018 Wyntergate Drive Dunwoody GA 30338;

**ALAN HOWARD HALPERN**,
5018 Wyntergate Drive Dunwoody GA 30338;

**HELLENE KALSIH TRAUB**,
5018 Wyntergate Drive Dunwoody GA 30338;

**ISAAC MARGULIES**,
2412 Wentworth Lane, Aurora, IL 60502;

**JACOB MARGULIES**,
2412 Wentworth Lane, Aurora, IL 60502;

**ELLYN MARGULIES**,
2412 Wentworth Lane, Aurora, IL 60502;

**SIMON MARGULIES**,
2412 Wentworth Lane, Aurora, IL 60502;

**ASHER SOLOMON MARGULIES**,
2412 Wentworth Lane, Aurora, IL 60502;

**ALONA MIRIAM ROM**,
Hashaked Street 20/1, Mivaseret Tzion, Israel;

**ELAD MOSHE SAADON,** individually and as personal
representative of the **ESTATE OF HALLEL SHMUEL
SAADON**, and as the father and natural guardian of
**N.Y.S., S.Y.S.** and **O.I.S.,** minors**,**
Hamoria Street 135, Ma'ale Mihmas, Israel;

**DVORA BATYA SAADON,** individually and as
personal representative of the **ESTATE OF HALLEL
SHMUEL SAADON**, and as the mother and natural
guardian of **N.Y.S., S.Y.S.** and **O.I.S.,** minors**,**
Hamoria Street 135, Ma'ale Mihmas, Israel;

**TAMIR AHARON SAADON**,
Hamoria Street 135, Ma'ale Mihmas, Israel;

**HARVEY SOLOMON LIPNICK** a/k/a Chaim Shabtai
Livneh,
Hamoria Street 135, Ma'ale Mihmas, Israel;

**GEULA SADUN,**
Hamoria Street 135, Ma'ale Mihmas, Israel;

**AILEEN GREENBERG a/k/a HANA GREENBERG,**
Hamoria Street 135, Ma'ale Mihmas, Israel;

**HAROLD M. GREENBERG** a/k/a Aharon Mordechai Greenberg,
Hamoria Street 135, Ma'ale Mihmas, Israel;

**NATALIE RAQUELE SANANDAJI**,
237 Great Neck Road, Great Neck, NY 11021;

**DALIA BAT-SHEVA D. YERUSHALMI**,
237 Great Neck Road, Great Neck, NY 11021;

**MEHDI SANANDJI**,
237 Great Neck Road, Great Neck, NY, 11021;

**YINON SHARABI**,
Hashomer 38, Sderot, Israel;

**LIAT OREN WACHS,** individually and as personal representative of the **ESTATE OF IGAL WACHS**, and as the mother and natural guardian of **J.W.**, minor,
5 Gould Rd. Lexington MA 02420;

Plaintiffs,

-against-

**ANTONY BLINKEN**, in his official capacity as Secretary of the United States Department of State
2201 C Street NW, Washington, DC 20520;

**RICHARD VERMA**, in his official capacity as Deputy Secretary of State for Management and Resources,
2201 C Street NW, Washington, DC 20520;

**TAMARA COFMAN WITTES**, in her official capacity as Director, Office of U.S. Foreign Assistance,
2201 C Street NW, Washington, DC 20520;

**UNITED STATES DEPARTMENT OF STATE**,
2201 C Street NW, Washington, DC 20520

Defendants.

-------------------------------------------------------------------- X

-4-

Plaintiffs, complaining of Defendants, by their attorneys, THE BERKMAN LAW OFFICE, LLC, alleges for their complaint, upon information and belief, as follows:

## NATURE OF ACTION

1.     This is an action against the Secretary of State and subordinate officers of the United States (collectively, "Defendants") to obtain an order prohibiting them from providing any future funding to the United Nations Relief and Work Agency for Palestine Refugees in the Near East ("UNRWA"). In addition, it seeks to restrain the Defendants from providing any future funding to other relief, aid or humanitarian agencies or organizations that will indirectly transfer such funds to UNRWA or its officers or employees. In the alternative, Plaintiffs request a cessation of any and all funding to UNRWA until it produces irrefutable evidence that none of its employees directly or indirectly assist the Hamas terrorist organization and that none of its funding is being diverted to Hamas or other terrorist activities. This request for relief is based on 22 U.S.C. § 2221(c) which specifically prohibits contributions by the United States to UNRWA *unless* UNRWA:

> take[s] all possible measures to assure that no part of the United States contribution shall be used to furnish assistance to any refugee who is receiving military training as a member of the so-called Palestine Liberation Army or any other guerrilla type organization or who has engaged in any act of terrorism.

*Id.*

2.     UNRWA directly and indirectly supports Hamas in its terror campaign against the people of Israel, innocent civilians, and American citizens. At least 13 UNRWA employees participated directly in the commission of atrocities against Israel during the October 7, 2023 attacks by Hamas on Israel (the "October 7 Attacks"), and UNRWA facilities and schools store rockets and missiles belonging to Hamas. In addition, these facilities and employees of UNRWA provide terrorist training to Hamas and other designated terrorist organizations. UNRWA staffers and employees publicly applauded and celebrated the massacre of some 1,200 people on October

7, 2023, and have for years been indoctrinating Palestinian children to strive to become terrorists and murderers. UNRWA's headquarters in Gaza City housed a subterranean Hamas data and communications center used for intelligence, nestled among a web of tunnels that run under an UNRWA school. In many regions where UNRWA operates it works with and facilitates Hamas and other designated terrorist organizations.

3.      UNRWA is not an impartial, non-governmental agency with the motive of simply providing humanitarian aid and relief to purported Palestinian civilians. Instead, UNRWA has become and has been permitted to become an instrumentality and agency of Hamas that employs terrorist members and individuals supportive of Hamas and other designated terrorist organizations' mission to eradicate Israel and kill innocent civilians. UNRWA staff have committed murder, rapes and injury with the financing being footed by the United States and other Western donor countries.

4.      Since January 26, 2024, the United States and several other donor countries have "temporarily paused" their funding to UNRWA pending an investigation by the United Nations. UNRWA (and its parent organization, the United Nations) permitted funding to be diverted to Hamas for many years and condoned the indoctrination of Gazans in UNRWA schools. UNRWA's recently revealed "Hamas Problem" runs far deeper that it lets on – as set forth in this Complaint. Accordingly, Plaintiffs seek a permanent injunction compelling Defendants to completely cease all funding to UNRWA, to ensure and safeguard that  the money and other resources will not be used by terrorists to harm Plaintiffs and others similarly situated.

5.      Plaintiffs collectively are American citizens who reside in Israel or who visited Israel between October 7 and today. Plaintiffs are innocent civilians who have been harmed by Palestinian terrorism, specifically the brutal October 7 Attacks, in which more than 3,000 terrorists (including UNRWA staff) crossed into Israel, massacred more than 1,200 people, raped and

immolated many others, and took 240 hostages into the Gaza Strip. Plaintiffs have been injured and have lost family members and friends at the hands of Hamas.

6.      Thousands of additional individuals asked to join as plaintiffs in this case, but adding them all to the caption was unwieldy. These interested parties are added on Exhibit A (US citizens) and Exhibit B (non-US citizens).

7.      Defendants have permitted millions of dollars to flow to UNRWA despite it being publicly known that such funding is diverted to terrorism and UNRWA employees are complicit in that terrorism. Even before the January 26, 2024 public revelations of UNRWAS' material support for Hamas and other designated terrorist organizations, it was well documented and widely known that UNWRA provided critical resources to terrorist organizations. The illicit federal funding to UNRWA has endangered—even taken—the lives of Plaintiffs' loved ones. The blindered, unfettered and unsupervised federal funding to UNRWA has also permitted Hamas and other designated terror groups to engage in acts of terrorism and violence against Plaintiffs that results in injury and the death of loved ones. Americans and other innocent civilians have been murdered and maimed by Hamas terrorism, including during the heinous October 7 Attacks. ***This support for terrorism that murders and maims American citizens must cease once and for all.***

8.      Plaintiffs bring this action to demand a complete cessation of all funding to UNRWA in contravention of law. In addition, it seeks to restrain the Defendants from providing funding to other relief, aid and humanitarian agencies that indirectly fund UNRWA. In the alternative, Plaintiffs demand that UNRWA receive no assistance until it has taken *all possible measures* to ensure that no funding makes its way into terrorist hands or is used in the commission of terrorist-related acts.

## JURISDICTION AND VENUE

9.      This Court has jurisdiction over the claims in this action pursuant  to 28 U.S.C. §§ 1331 (action arising under the laws of the United States), 1346(a)(2)  (United States as defendant), and 1361 (mandamus).

10.     Sovereign immunity has been waived pursuant to 5 U.S.C. § 702.

11.     Venue lies in this district pursuant to 28 U.S.C. § 1391(b) and (e).

12.     Upon information and belief, all Defendants reside in the District of Columbia.

13.     A substantial part of the events giving rise to this action took place within the District of Columbia.

## PARTIES

### A.      The Plaintiffs

14.     All the Plaintiffs have been harmed by Hamas or other terrorist factions who are utilizing resources paid for with American aid money to UNRWA. Plaintiffs lost family members and friends, suffered serious physical injury, and or suffered serios psychological injury at the hands of Hamas during the October 7 Attacks and beyond.

15.     All Plaintiffs live in perpetual fear of further terrorist attacks perpetrated by Hamas, including UNRWA workers, facilitated with UNRWA funding and resources.

16.     Plaintiff Ethan Halley a/k/a Eitan Halley, who was severely injured in a Hamas terrorist attack, at all times relevant hereto, is an American citizen domiciled in Israel, son of plaintiffs Wendy Kessler Halley and Adam Fischer Halley, sibling to plaintiffs Boaz Kessler Halley and Sadie Kessler Halley and grandson to plaintiffs Jane Kessler and Robert Kessler.

17.     Plaintiff Adam Fischer Halley is an American citizen domiciled in Israel and the father of plaintiffs Ethan Halley, Boaz Kessler Halley and Sadie Kessler Halley.

18. Plaintiff Wendy Kessler Halley is an American citizen domiciled in Israel and the mother of plaintiffs Ethan Halley, Boaz Kessler Halley and Sadie Kessler Halley.

19. Plaintiffs Boaz Kessler Halley and Sadie Kessler Halley at all times relevant hereto are American citizens and the siblings of plaintiff Ethan Halley.

20. Plaintiffs Jane Kessler and Robert Kessler at all times relevant hereto are American citizens, parents of plaintiff Wendy Kessler Halley and grandparents of plaintiffs Ethan Halley, Boaz Kessler Halley and Sadie Kessler Halley.

21. Plaintiff Juliana Farron Bausi at all times relevant hereto, is an American citizen domiciled in Israel and the mother, heir and personal representative of the estate of decedent Itai Yehuda Bausi, an American citizen. Plaintiff Juliana Farron Bausi is the mother of plaintiffs Noa Bausi, Yoav Bausi and A.B. Plaintiff Juliana Farron Bausi brings this action individually, on behalf of the estate of Itai Yehuda Bausi, and as natural guardian of her minor child plaintiff A.B.

22. Plaintiff Shahar Bausi, at all times relevant hereto, is the husband of plaintiff Juliana Farron Bausi and the father of plaintiffs Noa Bausi, Yoav Bausi and A.B. Plaintiff Shahar Bausi brings this action individually, on behalf of the estate of Itai Yehuda Bausi, and as natural guardian of his minor child plaintiff A.B.

23. Plaintiffs Noa Bausi, Yoav Bausi and A.B. at all times relevant hereto are American citizens and the siblings of decedent Itai Yehuda Bausi.

24. Plaintiffs Noa Bausi, Yoav Bausi and A.B. at all times relevant hereto are American citizens and the siblings of decedent Itai Yehuda Bausi.

25. Plaintiff Marc Farron at all times relevant hereto is an American citizen, the father of plaintiff Juliana Farron Bausi and grandfather of decedent Itai Yehuda Bausi.

26. Plaintiffs Mazal Bussi and Aharon Bussi at all times relevant hereto are parents of plaintiff Shahar Bausi and grandparents of decedent Itai Yehuda Bausi.

27.     Plaintiff Carmel Ripstein at all time relevant hereto is an American citizen and was the longtime girlfriend and soon to be fiancé of decedent Itai Yehuda Bausi.

28.     Plaintiff Maurice Shnaider at all times relevant hereto, is and was an American citizen domiciled in New York and the brother of Margit Silverman, deceased, brother-in-law of Yosi Silverman, deceased, uncle of Shiri Bibas and Yarden Bibas and great uncle of Kfir and Ariel Bibas, who were kidnapped by Hamas on October 7 and remain in Gaza.

29.     Haim Bernstein, at all times relevant hereto, is an American citizen domiciled in Israel and the father of decedent Yehonatan Tzor. Plaintiff Haim Bernstein brings this action individually and on behalf of the estate of Yehonatan Tzor.

30.     Plaintiff Robin Lynn Lubin at all times relevant hereto, is an American citizen domiciled in Georgia and the mother, heir and personal representative of the estate of decedent Rose Ida Lubin. Plaintiff Robin Lynn Lubin is the mother of plaintiffs Alec Meyer Lubin, L.Z.L. and J.H.L. Plaintiff Robin Lynn Lubin brings this action individually, on behalf of the estate of Rose Ida Lubin, and as natural guardian of her minor children, plaintiffs L.Z.L. and J.H.L.

31.     Plaintiffs Alec Meyer Lubin, I.E.L, L.Z.L. and J.H.L. at all times relevant hereto are American citizens and the siblings of decedent Rose Ida Lubin.

32.     Plaintiffs Eve Lapides Lubin Marx, Alan Howard Halpern and Hellene Kalsih Traub at all times relevant hereto are American citizens, and grandparents of decedent Rose Ida Lubin.

33.     Plaintiff Isaac Margulies, who was severely wounded in a Hamas terrorist attack, at all times relevant hereto, is an American citizen domiciled in Israel, son of plaintiffs Jacob Margulies and Ellyn Margulies and sibling to plaintiffs Simon Margulies and Asher Solomon Margulies.

34.     Plaintiff Jacob Margulies is an American citizen domiciled in Illinois and the father of plaintiffs Isaac Margulies, Simon Margulies and Asher Solomon Margulies.

35.     Plaintiff Ellyn Margulies is an American citizen domiciled in Illinois and the mother of plaintiffs Isaac Margulies, Simon Margulies and Asher Solomon Margulies.

36.     Plaintiffs Simon Margulies and Asher Solomon Margulies at all times relevant hereto are American citizens and the siblings of plaintiff Isaac Margulies.

37.     Plaintiff Dvora Batya Saadon at all times relevant hereto, is an American citizen domiciled in Israel and the mother, heir and personal representative of the estate of decedent Hallel Shmuel Saadon, an American citizen. Plaintiff Dvora Batya Saadon is the mother of plaintiffs Tamir Aharon Saadon, N.Y.S., S.Y.S. and O.I.S. Plaintiff Dvora Batya Saadon brings this action individually, on behalf of the estate of Hallel Shmuel Saadon, and as natural guardian of her minor children, plaintiffs N.Y.S., S.Y.S. and O.I.S.

38.     Plaintiff Elad Moshe Saadon at all times relevant hereto, is the husband of plaintiff Dvora Batya Saadon and the father, heir and personal representative of the estate of decedent Hallel Shmuel Saadon. Plaintiff Elad Moshe Saadon is the father of plaintiffs Tamir Aharon Saadon, N.Y.S., S.Y.S. and O.I.S. Plaintiff Elad Moshe Saadon brings this action individually, on behalf of the estate of Hallel Shmuel Saadon, and as natural guardian of his minor children, plaintiffs N.Y.S., S.Y.S. and O.I.S.

39.     Plaintiffs Tamir Aharon Saadon, N.Y.S., S.Y.S. and O.I.S. at all times relevant hereto are American citizens and the siblings of decedent Hallel Shmuel Saadon.

40.     Plaintiff Harvey Solomon Lipnick a/k/a Chaim Shabtai Livneh at all times relevant hereto is an American citizen, the father of plaintiff Dvora Batya Saadon and grandfather of decedent Hallel Shmuel Saadon.

41.     Plaintiff Geula Sadun at all times relevant hereto is the mother of plaintiff Elad Moshe Saadon and grandmother of decedent Hallel Shmuel Saadon.

42.     Plaintiffs Aileen Greenberg a/k/a Hana Greenberg and Harold M. Greenberg a/k/a Aharon Mordechai Greenberg at all times relevant hereto were and are American citizens and great grandparents of decedent Hallel Shmuel Saadon.

43.     Plaintiff Natalie Raquele Sanandaji, who was severely psychologically and emotionally injured in a Hamas terrorist attack, at all times relevant hereto, is an American citizen domiciled in New York and daughter of plaintiffs Dalia Bat-Sheva D. Yerushalmi and Mehdi Sanandaji.

44.     Plaintiff Dalia Bat-Sheva D. Yerushalmi is an American citizen domiciled in New York and the mother of plaintiff Natalie Raquele Sanandaji.

45.     Plaintiff Mehdi Sanandaji is an American citizen domiciled in New York and the father of plaintiff Natalie Raquele Sanandaji.

46.     Plaintiff Yinon Sharabi, who was severely psychologically and emotionally injured during a Hamas terrorist attack, at all times relevant hereto, is an American citizen domiciled in Israel.

47.     Plaintiff Liat Oren Wachs at all times relevant hereto, is an American citizen domiciled in Massachusetts and the wife, heir and personal representative of the estate of decedent Igal Wachs, an American citizen. Plaintiff Liat Oren Wachs is the mother of plaintiff J.W. Plaintiff Liat Oren Wachs brings this action individually, on behalf of the estate of Igal Wachs, and as natural guardian of her minor child plaintiff J.W.

48.     Plaintiff J.W., at all times relevant hereto, was and is an American citizen domiciled in Massachusetts and the minor child of decedent Igal Wachs and plaintiff Liat Oren Wachs.

**B.      The Defendants**

49.    Defendant Antony Blinken is the Secretary of State (hereinafter "Blinken"). Pursuant to § 531 of the Foreign Assistance Act of 1961, Pub. L. No. 87-195 (codified at 22 U.S.C. § 2346), he is primarily "responsible for policy decisions and justifications for economic support programs [operating] under [or pursuant to the Economic Support Fund], including determinations of whether there will be an economic support program for a country and the amount of the program for each country." Id

50.    Additionally, it is Secretary Blinken's responsibility to "coordinate[e] all [foreign] assistance related to international terrorism." 22 USC § 2349AA–7.

51.    Secretary Blinken is responsible for coordinating all federal aid to the UNRWA.

52.    Secretary Blinken is involved with and knowledgeable of materially all federal funding to UNRWA and other sources of funding that reach terrorist organizations operating within the West Bank and the Gaza Strip.

53.    Defendant Richard Verma ("Verma") is the Deputy Secretary of State for Management and Resources. Defendant Verma plays an integral role in the State Department's allocation of foreign aid including the allocation of funding to UNWRA.

54.     Defendant Tamara Cofman Wittes is the Director of the Office of U.S. Foreign Assistance Resources. In her official capacity Defendant Wittes plays an integral role in the State Department's allocation of foreign aid including the funding of UNWRA.

55.    If the Defendants comply with federal statutes, the terrorists will be less able to inflict harm on Plaintiffs and other innocent civilians, American, Israelis and other foreigners. Plaintiffs, as such, seek the diligent enforcement of the aforementioned federal statutes.

## THE UNDERLYING FACTS

56.     The Islamic Resistance Movement, known by its acronym in Arabic as "Hamas," is a designated Foreign Terrorist Organization under United States law.

57.     Hamas has been listed by the US Department of State as a Foreign Terrorist Organization since October 8, 1997.

58.     Hamas has also been listed as a "Designated Foreign Terrorist Organization" by the Department of State under Executive Order 13224 since October 31, 2001. Designated entities under Executive Order 13224 are so designated if "the Secretary of State, in consultation with the Secretary of the Treasury and the Attorney General" has determined that they "have committed, or…pose a significant risk of committing, acts of terrorism that threaten the security of U.S. nationals or the national security, foreign policy, or economy of the United States." Executive Order 13224, § 1(b).

59.     Hamas was created on or about 1987 following the outbreak of the first intifada, a Palestinian organized and financed wave of deadly terrorist attacks against Israel. Hamas is blatantly anti-Semitic and preaches anti-Israel propaganda. Hamas's charter calls for the destruction of Israel and the establishment of Islamic rule in all of the land that is Israel, Gaza, and the West Bank.

60.     Since it violently took control of the Gaza Strip in 2007, Hamas has perpetrated countless terrorist attacks against Israel and innocent civilians within it, including through suicide bombings, rocket launches, car bombings, and shootings. Many American citizens, Israelis and victims of other nationalities were murdered and maimed in these Islamic terrorist attacks. Hamas also has publicly represented that it intends to continue attacks against Israel until the Jewish State is destroyed.

61.     Hamas's deadliest and most atrocious attack to date was its October 7, 2023 Attack in which more than 3,000 terrorists infiltrated Israel and tortured, raped, beheaded, burnt and massacred more than 1,200 people, including infants, women, and children. 31 American citizens were butchered on October 7. During the October 7 Attacks, more than 240 people (including infants and children) were also taken hostage into the Gaza Strip, of which 132 are still held in Gaza. Among the 240 hostages, there are eight Americans presumptively still being held against their will in Gaza by Hamas as they remain unaccounted for.

## A.     Federal Funding To UNRWA

62.     The United States has historically been the largest single-state donor to UNRWA. Since 1950, the United States has given approximately $4 billion to UNRWA.

63.     In 2022, the United States donated $344 million to UNRWA.

64.     In 2023, the United States donated a staggering $422 million to UNRWA.

65.     Throughout 2023, including after the October 7 Attacks and until on or about January 26, 2024, the United States continued to donate hundreds of millions of dollars to UNRWA.[1]

## B.     UNRWA Staff Participated In The October 7 Atrocities And Directly Assist Hamas

66.     The United Nations claims UNRWA as its own agency and UNRWA contends it exists only to "provide assistance and protection for registered Palestine refugees."[2] But, UNRWA has in fact become an extension of Hamas in the Gaza Strip and its employees directly assist the

---

[1] UNRWA, "The United States Contributes US$ 153.7 Million to UNRWA in Support of Palestine Refugees," *UNRWA.org,* June 1, 2023, https://www.unrwa.org/newsroom/news-releases/united-states-contributes-us-1537-million-unrwa-support-palestine-refugees.

[2] UNRWA | United Nations Relief and Works Agency for Palestine Refugees (last visited Jan. 24, 2024).

Islamic terrorist group in its genocidal mission to kill as many Israelis as possible. This has been public knowledge for years—so much so that former President Trump stopped all funding to UNRWA during his previous administration. In January 2024, the extent of UNRWA's ties to Hamas came to light when the Israeli government revealed a report detailing UNRWA employees' participation in and support for the October 7 Attacks.

67.     The participation of UNRWA workers in the atrocities committed on October 7 is shocking. At least 13 employees of UNRWA have known connections to Hamas's October 7 Attacks, one of which held a senior role within Hamas. At least six UNRWA employees themselves participated in torture, kidnapping, raping and killing during and after the October 7 Attacks. At least two UNRWA employees helped kidnap and take Israelis hostage on October 7— one held a hostage in his home for almost 50 days, while another took pictures of a female hostage.[3] Kidnapped Israelis were transferred between hiding places in UNRWA facilities, and received food and notebooks with UNRWA packaging. Two other UNRWA workers were tracked to sites where dozens of Israeli civilians were murdered, including Kibbut Be'eri, where 97 people were slaughtered. Other employees helped coordinate logistics for the attacks by procuring weapons and handing out ammunition and received text messages to "report for duty" on October 7. One UNRWA employee helped abscond with the body of a dead Israeli soldier, which was taken into Gaza, and coordinated ammunition distributions to Hamas. Another UNRWA teacher set up an operations room for the designated terrorist Palestine Islamic Jihad group on October 8, 2023.

68.     Of the 12 UNRWA employees with links to the attacks, seven were primary or secondary school teachers, including two math teachers, two Arabic language teachers and one

---

[3] "Released hostage says he was held by UNRWA teacher in Gaza – report," *The Jerusalem Post*, November 30, 2023, available at: https://www.jpost.com/middle-east/article-775777.

primary school teacher. Two others worked at schools in other capacities, and the remaining three were a clerk, social worker, and storeroom manager for UNRWA.

69.    Upon information and belief, a staggering 10% of all of UNRWA employees in the Gaza Strip have ties to Hamas or another terrorist organization—this equates to 12,000 UNRWA staff. Indeed, as the largest employer in the Gaza Strip and one that recruits from within its so-called refugee camps, UNRWA employs dozens of individuals associated with U.S. designated terrorist organizations.

70.    UNRWA also allows its facilities in the Gaza Strip to be used for storing weapons, launching rockets against Israel, training and other illicit activities. UNWRA and Hamas understand that Israel is reluctant to carry out military attacks on UNWRA facilities and they exploit this moral position. Perhaps the most egregious example is the discovery in February 2024 of an elaborate Hamas compound serving as a data center and intelligence hub hidden under UNRWA's headquarters in Gaza City. The compound is powered with UNRWA electricity and could not have been operated without the awareness of UNRWA employees who would have noticed surges in electricity when the compound was operational. The data center is also connected to a web of tunnels that run beneath UNRWA schools.

71.    Other examples of UNRWA facilities being used to assist Hamas include:

- Approximately 30 BM-21 "Grad" missiles being found in UNRWA facilities and/or next to boxes bearing the UNRWA logo on or about December 2, 2023;[4]

- Entrances to underground tunnels built by Hamas being located in or in very close proximity to UNRWA facilities in November 2023;[5]

---

[4] Twitter account of IDF spokesperson Daniel Hagari, post dated December 2, 2023, available at: https://twitter.com/IDFSpokesperson/status/1730927776159449142.

[5] "Hamas Terror Tunnel Next to UNRWA School in Gaza Destroyed," Foundation for Defense of Democracies, November 10, 2023, available at: https://www.fdd.org/analysis/2023/11/10/hamas-terror-tunnel-next-to-unrwa-school-in-gaza-destroyed/

- Weapons being found in an UNRWA school located in the Gaza Strip on or about December 8, 2023, some of which were concealed inside classrooms and/or in UNRWA aid bags, along with a teddy bear containing sniper weapons and ammunition located on UNRWA school premises.[6]

- A Kalashnikov weapon and a rocket propelled grenade being found concealed inside UNRWA sacks in a residence in the Jabaliya refugee camp on or about December 11, 2023;[7]

- The discovery of rocket launchers being placed in the close vicinity of UNRWA schools on or about December 2023.[8]

72.    In a published recording, a resident of Gaza told the IDF that Hamas controls UNRWA steals all UNRWA supplies.[9] Since October 7, 2023 Hamas has stolen more than $1 million in UNRWA supplies.[10]

_____

[6] "A teddy bear stuffed with sniper rifles was found in schools in Gaza," Israel Defense Forces press release dated December 9, 2023, available at: https://www.idf.il/en/mini-sites/hamas-israel-war-24/war-on-hamas-2023-resources/a-teddy-bear-stuffed-with-sniper-rifles-and-ammunition-was-found-in-schools-in-gaza/.

[7] "Evidence of the terrorist organizations' use of civilian facilities in the Gaza Strip," *The Meir Amit Intelligence and Terrorism Information Center*, January 1, 2024, available at: https://www.terrorism-info.org.il/en/evidence-of-the-terrorist-organizations-use-of-civilian-facilities-in-the-gaza-strip/.

[8] "IDF releases photos showing terror group put rocket launchers next to Gaza schools," *The Times Of Israel*, December 14, 2022, available at: https://www.timesofisrael.com/idf-releases-photos-showing-terror-groups-put-rocket-launchers-next-to-gaza-schools/.

[9] "Hamas is in control of UNRWA aid group in Gaza, Palestinian man says in recording," *New York Post*, December 25, 2023, available at: https://nypost.com/2023/12/25/news/hamas-in-control-of-unrwa-aid-group-in-gaza-palestinian-man/.

[10] "Intelligence Reveals Details of U.N. Agency's Staff's Links to Oct. 7 Attack," *The Wall Street Journal*, January 29, 2024, available at: https://www.wsj.com/world/middle-east/at-least-12-u-n-agency-employees-involved-in-oct-7-attacks-intelligence-reports-say-a7de8f36?mod=hp_lead_pos1.

73.     In addition to employing murderers and rapists affiliated with terrorist organizations and lending substantial assistance to Hamas, UNRWA also diverts money to Hamas—money that comes from United States funding and that of other Western donor countries.

74.     As previously described, UNRWA teachers and workers participated in the October 7 Attacks. Meanwhile, those that may not have participated voiced their enthusiastic support for the atrocities.[11] This includes explicit praise for the October 7 Attacks in Facebook posts and on Telegram channels containing the teachers' UNRWA staff names, ID numbers, schedules, and curriculum materials. UNRWA staff and teachers have, in fact, been perpetuating genocidal remarks and calls for the eradication of Israel for long years before the October 7 Attacks.

75.     A report by UN Watch, a non-governmental organization based in Geneva, Switzerland, published a report detailing how 133 UNRWA teachers, workers, and employees openly praised Hamas and the October 7 Attacks.[12] The report also details hateful and anti-Semitic rhetoric and incitement to terrorism posted on social media channels of UNRWA staff as early as 2015. The following is a non-exhaustive list of examples derived from Facebook posts of various UNRWA staff and teachers:

- Mohammed A. Adwan, an UNRWA English teacher in Gaza, endorsed the October 7 Attacks on October 11, 2023 by posting: "what we do is resistance, regaining our rights and defending our land." Adwan also posted a quote on October 7 proclaiming genocide against Jews.

- Osama Ahmed, a UNRWA teacher in Gaza, celebrated the October 7 Attacks by posting at 9:09 a.m. on October 7, 2023: "Allah is Great, Allah is Great, reality surpasses our wildest dreams." Some years earlier, on May 15, 2019 regarding creation

---

[11] "Watchdog finds UNRWA workers praised hams massacres in internal Telegram channel," *The Times of Israel*, January 10, 2024, available at: https://www.timesofisrael.com/watchdog-finds-unrwa-workers-praised-hamas-massacres-in-internal-telegram-channel/.

[12] "UNRWA: Hate Starts Here," UN Watch, November 2023, available at: https://unwatch.org/wp-content/uploads/2023/12/Hate-Starts-Here-2023-Report-UNRWA.pdf.

of the state of Israel, Ahmed posted that Palestinian pain would never disappear "until the last Zionist on Palestinian land is defeated."

- Iman Hassan, an UNRWA school principal in Gaza, posted on October 7, 2023: "It is a time of 'restoring rights and redressing grievances of those who were wronged.'"

- Rawia Helles, the UNRWA Khan Younis Training Center Director, celebrated one of the Hamas gunmen as a "hero" in a Facebook post on October 7, 2023. Her post named him as "Muhammad Walid Sabah, the raider" and eulogized him as the "prince of Khan Younis."

- Asmaa Rafiq Kuheil, an UNRWA English teacher, celebrated the October 7 Attacks with exclamation marks and a heart emoji, as well as a call to mark the day. On May 8, 2021, a day before Hamas targeted Jerusalem with rocket fire, Kuheil prayed that "Chinese rockets" would "wipe the Zionists off the face of the earth." In a November 13, 2019 post, Kuheil also advocated for the total destruction of Israel, exclaiming that Israel "will eventually be vanished as if it didn't exist EVER!"

- Humada Ahmed, an UNRWA Gaza school administrator, posted on October 7, 2023: "[W]e welcome the great October."

- Bashir Khamis Ghannam, a pediatrician at UNRWA, reposted on October 7, 2023 a post by Al-Azhar Al-Sharif Research Academy along with his own prayer for "the triumph of our cause." The post shared and endorsed by Ghannam also celebrated the Hamas "martyrs of proud Palestine," and justified their massacre of civilians as "defense of their homeland, their nation."

- Niveen Afana, a UNRWA Gaza Psychological School Counselor posted on October 8, 2023, that she was praying for Allah to "have mercy on our martyrs" and grant victory to the "mujahideen" "over the unbelievers." In a second October 8 post, offering psychological counseling to students, parents, and colleagues, Afana again asked for "mercy on our martyrs" and prayed for their victory.

- Abedelmeneim Alshrafy, a UNRWA Gaza doctor, on October 7, 2023, mourned his nephew who was killed in the October 7 Attacks as a "martyr." Alshrafy's nephew is recognizable as a Hamas fighter by the Hamas band around his head in the photo Alshrafy posted. In August 2017, Alshrafy posted a picture of armed Palestinian gunmen at the Al Aqsa Mosque in Jerusalem with the words: "Soon, if Allah wills it."

- Nabil Al-Salahi, the UNRWA Gaza Educational District Director, honored the death of Hamas commander who had carried out numerous bombings and missile attacks by referring to him as a "martyr" in November 2019.

- Ghadeer Azzam, a UNRWA Gaza teacher, endorsed Hamas in May 2021 by referring to Jews as "the tribe of infidels" and praying for Hamas's victory over Jews to "even the score."

76.     UNRWA teacher Waseem El Ula administers a chat with some 3,000 UNRWA teachers in which he and others explicitly praised atrocities committed against Israel and shared photos and video footage of the atrocities committed in the October 7 Attacks, referring to the terrorist perpetrators as "martyrs" and "heroes."[13] Some examples from among dozens include:

- Israa Abdul Kareem Mezher, an UNRWA elementary school teacher shared a photo of a Hamas terrorists armed and in uniform on October 7, excitedly declaring that "Israel's time is over." In response to another group member who wondered what these "heroes" were "brought up on," Mezher responded: "They imbibed jihad and resistance with their mothers' milk."

- Moreed Abdulaziz, a teacher at an UNRWA school, posted on October 7 that the attack was "beyond expectations."

- Waseem El Ula, an UNRWA English teacher, prayed for Hamas terrorist on October 7 by posting "May God save them" and called to "execute the first settler on live broadcast" on October 8, 2023.

- Abdallah Mehjaz, a teacher at UNRWA, forwarded a message on October 13 from the Hamas Interior Ministry urging Gazans to stay put as human shields instead of following orders by the IDF to evacuate.

77.     The participation of UNRWA employees in the October 7 Attacks, the ties of a staggering 10% of UNRWA employees to Hamas or other terrorist organizations, and the level of enthusiasm for Hamas among UNRWA staff, all proves that UNRWA funding is being used to support terrorist activities and that UNRWA staff have blood on their hands.

## C.     Hamas Historically Controls UNRWA in the Gaza Strip and Diverts UNRWA Funding and Resources

78.     UNRWA's ties to terrorism go much further back than the heinous October 7, 2023 Attack on innocent Israeli civilians and the discovery of Hamas infrastructure all over, under, and within UNRWA facilities.

---

[13] "UNRWA's Terrorgram," UN Watch, January 29, 2024, available at: https://unwatch. org/wp-content/uploads/2024/01/UN-Watch-UNRWA-Terrorgram-.pdf.

79.     More than 46 Hamas terrorists have attended UNRWA schools over the years, including high-ranking Hamas leaders such as Ibrahim Maqadama who "helped create the military structure of Hamas."[14]

80.     UNRWA has for years promulgated text books containing material encouraging and glorifying terrorism, and has been assisting Hamas in indoctrinating the population of the Gaza Strip.[15]

81.     According to UNRWA's own publications, the agency discovered Hamas rockets and missiles hidden in an UNRWA school as early as 2014 and again in 2017, along with tunnels under the school.[16] Moreover, in 2002: (1) an UNRWA ambulance driver (Nidal Abd Al-Fattah Abdallah Nazzal) was found to be transporting weapons and explosives to terrorists in the ambulance; and (2) a senior UNRWA official in the Gaza Strip admitted to providing support to families of wanted terrorists and used his UNRWA car to transport armed terrorists who carried out attacks against Israeli troops.[17] UNRWA infrastructure and resources have knowingly been used to aid Hamas in its terrorist activities for over a decade.

82.     UN Watch published eleven detailed reports since 2015 that expose more than 180 UNRWA employees endorsing Hamas and PIJ terrorist activities and celebrating the deaths of

---

[14] Dore Gold, *Tower of Babble: How the United Nations Has Fueled Global Chaos*, New York: Crown Forum, 2004, page 217.

[15] "UNRWA complicit in indoctrinating Gazans with antisemitism – opinion," *The Jerusalem Post*, January 24, 2024, available at: https://www.jpost.com/opinion/article-783398.

[16] "UNRWA Condemns Placement of Rockets, For A Second Time, In One Of Its Schools," UNRWA News Releases, July 22, 2014, available at: https://www.unrwa.org/newsroom/press-releases/unrwa-condemns-placement-rockets-second-time-one-its-schools?__cf_chl_tk=kbihAotGgIYqE.khu7ldrFNOPaewzk7UXDgVdEVjJGM-1705945381-0-gaNycGzNENA.

[17] "How UNRWA Supports Hamas," Jewish Policy Center, Asaf Romirowsky, Fall 2007, available at: https://www.jewishpolicycenter.org/2007/08/31/how-unrwa-supports-hamas/.

Israelis. In a June 2022 report, UN Watch included a Facebook post by UNRWA teacher Elham Manshour, in which he publicly stated: "BY ALLAH, ANYONE WHO CAN KILL AND SLAUGHTER ANY ZIONIST AND ISRAELI CRIMINAL AND DOESN'T DO SO, DOESN'T DESERVE TO LIVE. KILL THEM AND PURSUE THEM EVERYWHERE."[18] UN Watch sent each of these reports to UNRWA and the United Nations, which took no action about them.[19]

83.     United States funding to UNRWA directly facilitates Hamas's terrorist activities. Hamas is able to shirk the responsibilities of governing the Gaza Strip while its time and resources are freed up and dedicated towards terrorist activities aimed at the destruction of Israel and the killing of innocent civilians. This cannot be allowed to continue under any circumstances.

**D.     UNRWA's Links To Terror Are Deeply Rooted**

84.     UNRWA failed to ensure that its own employees and the recipients of its funds are not members of Hamas or other terrorist groups. Any due diligence that UNRWA undertook in the past to screen its beneficiaries was ineffective and an insincere pretext, as evidenced by the fact that UNRWA workers helped perpetrate the October 7 Attacks. The discovery of a Hamas compound serving as an intelligence hub and data center beneath UNRWA's Gaza City headquarters demonstrates that UNRWA employees were knowingly providing substantial assistance to Hamas, assuming UNRWA employees and Hamas are even distinct.

---

[18] "UNRWA's Teachers of Hate," UN Watch, June 23, 2022, available at: https://unwatch.org/exposed-un-teachers-call-to-murder-jews/.

[19] Hillel Neuer, the executive director of UN Watch, testified before Congress on January 30, 2024, and presented extensive evidence of UNRWA's deep ties to Hamas and the need for UNRWA budget to be frozen and for the organization to be disbanded, even.

85.     UNRWA's screening blacklists of employees do not include Hamas, Palestine Islamic Jihad, nor many of the other known terrorist organizations and individuals that operate in and around the Gaza Strip.[20]

86.     In 2018, the Swiss Foreign Minister declared UNRWA to be part of the larger conflict between Israel and Palestinians and a problem, not a solution.

87.     Since the direct participation of UNRWA employees in the October 7 Attacks came to light, UNRWA has claimed that stopping funding to UNRWA because of "the alleged behavior of a few individuals" is irresponsible and wrong.[21]

88.     It is extremely unclear what steps UNRWA is now taking to investigate the extent of its ties to Hamas and other terrorists. UNRWA has purportedly fired the staff who participated in the October 7 Attacks.

89.     Upon information and belief, any internal investigation by UNWRA or the UN itself would be merely cosmetic, superficial and a hasty effort in crisis management and public relations. Firing a dozen employees is wholly insufficient. Thousands of UNRWA staff remain supportive of Hamas's mission and advocate for the killing of Israelis and Jews. 49% of UNRWA employees have relatives that are linked to Hamas or Palestine Islamic Jihad. UNRWA's text books remain anti-Semitic and genocidal, and teach impressionable Palestinian children to take back the territory that is Israel as their own. There has been no introspection, no acknowledgement of wrongdoing or taking of responsibility, no accountability, and no mending of UNRWA's ways.

---

[20] "The Palestinian refugee 'crisis' is a United Nations-perpetuated myth," *New York Post*, November 16, 2023, available at: https://nypost.com/2023/11/16/opinion/the-palestinian-refugee-crisis-is-a-united-nations-perpetuated-myth/.

[21] "UNRWA chief asks donors to reconsider as Germany joins cascade freezing dungs," *The Times of Israel*, January 28, 2024, available at: https://www.timesofisrael.com/unrwa-chief-asks-donors-to-reconsider-as-germany-joins-cascade-freezing-funds/.

90.     No number of measures, accordingly, are likely to prevent humanitarian efforts, financial relief, resources or funds given to UNRWA from being compromised and appropriated by Hamas.

**E.     Federal Law Prohibits Direct and Indirect Aid To Hamas Through UNRWA**

91.     There are several statutes applicable to UNRWA which prohibit the provision of United States aid to Hamas, both directly and indirectly.

92.     Title 22 U.S.C. § 2221(c) states that the United States shall not make any contributions to UNRWA unless UNRWA "take[s] all possible measures to assure that no part of the United States contribution shall be used to furnish assistance to any refugee who is receiving military training as a member of the so-called Palestine Liberation Army or any other guerrilla type organization or who has engaged in any act of terrorism."

93.     It is indisputable that Hamas "has engaged in [] act[s] of terrorism, including, but not limited to, the rape, torture, and murder of more than 1,200 people in Israel on or about October 7, 2023.

94.     As such, federal funding to UNRWA is prohibited by 22 U.S.C. § 2221(c) as well as other federal statutes.

95.     However, Defendants continued to provide funding to UNRWA despite its links to Hamas being known for years. Indeed, on November 4, 2023, Defendant Blinken told UNRWA Commissioner Philippe Lazzarini that the United States "remain[ed] committed to supporting [UNRWA's] vital work." In 2018, former President Donald Trump cut ties with UNRWA amid allegations of the organization's links to terrorism. President Biden's administration resumed this funding in 2021.

96.     While Defendants have since frozen funding to UNRWA, they have done so only temporarily. Nine other donor countries have similarly "paused" funding to UNRWA. This is insufficient for Defendants to be in compliance with the US law. A complete and absolute cessation of funding is necessary for Defendants to comply with federal regulations and safeguards.

97.     Title 18 U.S.C. § 2339A prohibits the provision of material support or resources while knowing or intending that the support will be used to commit or prepare a federal crime of terrorism. Title 18 U.S.C. § 2339B prohibits the knowing provision of material support or resources to a designated Foreign Terrorist Organization. Hamas is a designated Foreign Terrorist Organization and listed under Executive Order 13224.

98.     Title 18 U.S.C. § 2339C prohibits the provision of funds, directly or indirectly, with the knowledge that such funds are to be used, in full or in part, an act intended to cause death or serious bodily injury to a civilian when the purpose of such act is to intimidate a population or compel a government or an international organization to do or abstain from doing any act.

99.     UNRWA's ties to Hamas are incontrovertible. UNRWA funds and resources provided by donor states including the US, inevitably end up in Hamas's hands. Accordingly, Defendants must implement a complete cessation funding to UNRWA.

100.    Plaintiffs have a clear and indisputable right to relief pursuant to 28 U.S.C. § 1361. Defendants have a clear non-discretionary duty to act by ensuring the United States complies with the federal statutes set forth in this complaint. There is no other adequate remedy available to Plaintiffs to ensure the United States does not resume its funding to UNRWA.

**F.     Details of The October 7 Terrorist Attacks**

101.    In the early morning hours of Saturday, October 7, 2023, more than three thousand terrorists from the Gaza Strip perpetrated a cross-border infiltration into Israel through its southern

security fence and massacred more than 1,200 people, including Israeli and non-Israeli citizens, many of whom were brutally burned alive or subject to horrific tortures, rapes, mutilations, and other atrocities. The attackers invaded by air, sea, land and through underground tunnels. As the sun rose, massive barrages of rockets and armed drones were launched from Gaza targeting Israeli civilian areas throughout the southern parts of Israel, injuring people and destroying property.

102.    After piercing the Gaza border security fence in numerous locations, Hamas and PIJ terrorists riding in trucks and on motorbikes sped into southern Israel, while other terrorists on motorized paragliders began to land at an all-night dance and music festival (the "Supernova Rave") being held near Kibbutz Re'im a short distance from the Gaza border.

103.    Over 350 attendees alone were massacred at this outdoor festival. Terrorists arriving at the Supernova Rave immediately opened fire on the crowd. One by one, the terrorists chased, dragged, shot and systematically murdered those they hunted down—mostly young festival attendees—in cold blood. Hamas-led terrorists raped and killed many women, including a young woman who was gang-raped and then shot in the head by a terrorist while he was still violently raping her. Many of the young attendees were loaded onto vehicles, motorcycles, cars and trucks and whisked away as captives to Gaza. Videos of the kidnapped, particularly young woman, being paraded through the streets of Gazan cities and being jeered and physically assaulted by frenzied mobs were uploaded onto social media sites. In addition to perpetrating their murderous assaults, rapes and arsons, Hamas' chief goal was to kidnap Israeli and foreign civilians and soldiers in order to utilize them as hostages and bargaining chips to compel Israel to release convicted Palestinian prisoners held in Israeli prisons. While the October 7 Terrorist Attacks were planned and led by largely by Hamas, other Palestinian terror groups also participated in the attacks, including the PIJ which joined in once the border fence had been penetrated.

104.     In the course of the day-long attack, more than 1,200 civilians were brutally murdered in communities and kibbutzim in southern Israel. As Hamas terrorists proceeded from home to home and village to village, they bound, beheaded, and tortured the Israelis they encountered. Hundreds of bodies were lit on fire and burned beyond recognition. On the roads, Hamas-led terrorists, sometimes dressed in Israeli military and police uniforms set up makeshift roadblocks, stopping cars and then murdering their passengers. Hundreds of these cars were then lit on fire and left burning on the roads. No one and no location was spared: Hamas attacked schools, shelters, businesses, ambulances, and medical facilities. Hamas-led terrorists also looted stores, homes, and personal belongings.

105.     According to Israeli intelligence reports, Hamas and PIJ had planned and trained for this terrorist attack for years, organizing every detail and eventuality including how they would cross into Israel, take over communities, set up road blocks, document and publicize the heinous tortures, rapes and murders of their victims, how they would escape to safety and where they would hold those they abducted to Gaza as hostages.

106.     The October 7 Terrorist Attacks amounted to the largest massacre of Jews since the genocide of the European Holocaust and one of the worst terrorist attacks ever perpetrated in world history, by its sheer number of fatalities. The barbaric cruelty of the October 7 Terrorist Attacks and the terrorist organizations gleeful boasting of their role in the murders, injuries and rapes repulsed the civilized world. As United States President Joseph Biden stated in a speech only hours after the details of the massacre became known: "Hundreds—hundreds of young people at a music festival of—the festival was for peace—for peace—gunned down as they ran for their lives. Scores of innocents—from infants to elderly grandparents, Israelis and Americans—taken hostage. Children slaughtered. Babies slaughtered. Entire families massacred. Rape, beheadings, bodies

burned alive. Hamas committed atrocities that recall the worst ravages of ISIS, unleashing pure unadulterated evil upon the world. There is no rationalizing it, no excusing it. Period."

107.    It took the Israeli government, military, law enforcement, medical responders, municipal workers and security services more than a week to reestablish a measure of stability to the communities devastated in the October 7 Terrorist Attack.

108.    Even after being abducted to Gaza many of the hostages were subsequently murdered by their captors or died as a result of injuries they had sustained on October 7, or from being subjected to poor health conditions in the Hamas prison tunnels.

109.    Reportedly the Hamas terrorists carried with them detailed maps of Israeli kibbutzim as well as an Israeli military base, which could only have been compiled with "inside knowledge"—almost certainly from Hamas agents who entered Israel utilizing work visas provided to the Gazan population. The extraordinary detail and sheer scale of the preparation for the attacks have reportedly led Israeli military officials to conclude that Hamas engaged in many years of planning for the October 7 Terrorist Attacks. Upon information and belief, training, weapon storage, indoctrination, safe houses, communication and safe haven were provided to Hamas at UNWRA facilities and involved UNWRA staff.

### _Halley Plaintiffs—Supernova Rave Massacre—October 7, 2023_

110.    Plaintiff Ethan Halley a/k/a Eitan Halley was attending the Supernova Rave festival at Kibbutz Re'im on the morning of October 7, 2023.

111.    At 6:30 AM on the morning of October 7, 2023 Ethan Halley and other festival goers saw rockets overhead and went to a nearby bomb shelter.

112.    As Hamas terrorists began infiltrating the festival grounds, the shelter the Plaintiff was in was bombarded by terrorist grenades, guns, RPG's, rockets, etc.

113.    Ethan Halley watched as his friends were killed around him or taken hostage. When terrorists came in to inspect the bodies left in the shelter, Ethan Halley pretended to be dead for hours under and near the bodies of his friends.

114.    Ethan Halley suffered severe physical injuries, with shrapnel lodged in various parts of his body, including his lungs.

115.    Ethan Halley was eventually rescued by the Israel Defense Forces and taken to Soroka Medical Center to receive treatment.

116.    The Plaintiff suffered severe physical, psychological and emotional injuries as a result of the attacks. Plaintiffs Adam Fischer Halley, Wendy Kessler Halley, Boaz Kessler Halley, Sadie Kessler Halley, Jane Kessler and Robert Kessler, suffered severe psychological and emotional injuries from the attack in which their son, brother and grandson was injured.

117.    Bausi Plaintiffs—Re'im Music Festival Massacre—October 7, 2023

118.    Decedent Itai Bausi served as a paramedic in the Israel Defense Forces Duvdevan Unit, and had participated in the weekend long Supernova Rave festival at Kibbutz Re'im on Friday night, October 6, 2023.

119.    At 6:30 am the following morning, rockets were seen flying above the festival and subsequently Hamas terrorists began infiltrating and attacking on the festival grounds.

120.    Decedent Itai Bausi and his friend Ben Mizrahi who had travelled with him to the festival, attempted to flee in their car but were blocked by terrorists.

121.    Despite having no weapons or ammunition, instead of seeking shelter Itai Bausi chose to stay, utilize his medical knowledge and help care for the wounded and eventually assisted the police forces in fighting back against the terrorists.

122.    By 10:30 AM, Itai Bausi had been shot by the Hamas terrorists in his leg and back. He called friends on his cellphone to see if anyone could help and subsequently left a voicemail

for his long-term girlfriend, Carmel Ripstein, and tried to call his friend Ben Mizrahi, who unknown to Bausi, at that point had already been shot in the head by the terrorists. After making those calls Itai Bausi put his phone in his pocket and bled to death.

123.    Plaintiffs, Itai's family members, anxiously waited for days, not knowing if Itai was alive or dead or whether he had been taken hostage like other festival goers. Four days after the attack, Itai was confirmed dead on October 11, 2023. The Plaintiffs were devastated and traumatized both by the tragic news of his death and by the lengthy waiting period they endured until they received confirmation of his death. The Plaintiffs suffered emotional and psychological injuries as a result of the attack.

### *Shnaider Plaintiff—Murdered Family; Kidnapped Mother, Father, and Two Babies— October 7, 2023*

124.    At 6:30 AM on October 7, 2023, more than 150 terrorists infiltrated Kibbutz Nir Oz and committed horrific atrocities. Nearly 50 of the Kibbutz's 400 residents were horrifically murdered, about 70 hostages were taken and many homes were burned.

125.    Decedent, Margit Silverman, Maurice Shnaider's sister, and her husband were murdered. The couple was initially assumed missing, as they were last seen being abducted from their home. But their bodies were later identified on October 21, 14 terrible days later.

126.    Margit's son-in-law, Maurice Shnaider's nephew-in-law, Yarden Bibas, was beaten and forcibly kidnapped from his home by Hamas into Gaza. A Hamas video circulated of Yarden with blood around his head, surrounded by terrorists. He remains in captivity, and it is unknown if he is alive or dead.

127.    Separately, Margit's daughter, Maurice Shnaider's niece, Shiri Bibas was taken hostage by Hamas into Gaza with her two babies Kfir (9 months old at the time) and Ariel Bibas (four years old). A video filmed by Hamas terrorists widely circulated with Shiri holding both boys

in her arms. She looked terrified and was clearly trying to protect her babies with her body. On November 29, 2023, as part of ongoing psychological warfare, Hamas claimed Shiri Bibas and her two babies were killed, but never provided any proof of death. The State of Israel and their family continue to assume they are alive until proven otherwise.

128.    Plaintiff, Maurice Shnaider, is devastated and traumatized by the death of his sister and his brother-in-law, the lengthy waiting period he endured until he received confirmation of their deaths, and the horrific abduction and continued captivity of his niece, nephew and great-nephews. The plaintiff suffered emotional and psychological injuries as a result of the attack.

### *Bernstein Plaintiff—Killed in Action—October 7, 2023*

129.    Decedent, Yehonatan Tzor, was a Lieutenant Colonel in the Nahal Reconnaissance Battalion.

130.    The weekend of October 7, 2023, he was off duty, home with his wife and three children celebrating the Jewish holiday of Simhat Torah. In the early morning hours of October 7, he received a phone call from one of his officers informing him of major terrorist attacks in southern Israel.

131.    Yehonatan quickly got in his car to drive south and join his battalion. As he drove further south, he encountered a squad of infiltrating Hamas terrorists. He attempted to fend the terrorists off, hitting some with his car. They, however, overwhelmed him and the decedent was shot by the terrorists. Realizing that he was surrounded, outnumbered, and gravely wounded, Yehonatan forcefully crashed his car into a terrorist vehicle that was equipped with a mounted heavy machine gun and died.

132.    The Plaintiff Haim Bernstein, was devastated to learn that his son had been killed. He suffered severe psychological and emotional injuries as a result of the attack.

*Lubin Plaintiffs—Terrorist Stabbing—November 6, 2023*

133.   On the morning of October 7, Rose Ida Lubin, decedent, was off duty on Kibbutz Sa'ad at the home of her adopted family for the holiday of Simhat Torah. When terrorists broke into the kibbutz, Rose grabbed her weapon and fought the terrorists. She fought fiercely throughout the day until she was called back to Jerusalem and ordered to take up her duties with the Israeli Border Police.

134.   Having survived the horrific Hamas terror attack of October 7, 2023, Rose was tragically murdered by terrorists on November 6, 2023.

135.   On the morning of November 6, 2023, decedent Sergeant Rose Ida Lubin, who was serving in the Israel Border Police, was patrolling near Herod's Gate, outside Jerusalem's Old City.

136.   While patrolling, Rose Ida Lubin and another officer were attacked and stabbed by a 16-year-old terrorist.

137.   Decedent Rose Ida Lubin was treated on site by Magen David Adom paramedics and then rushed to Hadassah-University Medical Center in Jerusalem for treatment, where she succumbed to her injuries and died.

138.   Plaintiffs Robin Lynn Lubin, Alec Meyer Lubin, L.Z.L., J.H.L., I.E.L., Eve Lapides Lubin Marx, and Alan Howard Halpern were devastated to learn that their daughter, sister, and granddaughter had been killed. They suffered severe psychological and emotional injuries as a result of the attack.

*Margulies Plaintiffs—Injured in Action*

139.   Plaintiff Isaac Margulies was serving in the Israel Defense Forces when he was attacked by Hamas terrorists in Gaza and badly injured.

140.   Isaac Margulies received treatment for his injuries, including burns, broken bones and shrapnel injuries, at Rabin Medical Center.

141.   Plaintiff Isaac Margulies suffered severe physical, psychological and emotional injuries as a result of the attack. In addition, Plaintiffs Jacob Margulies, Ellyn Margulies, Simon Margulies and Asher Solomon Margulies, suffered severe psychological and emotional injuries from the attack in which, their son, and brother was injured.

### *Saadon Plaintiffs—Killed Defending Others—October 7, 2023*

142.   On the morning of October 7, 2023, decedent Hallel Shmuel Saadon, a staff sergeant in the Israel Defense Forces, was stationed in southern Israel near Kibbutz Safa.

143.   In the early morning, terrorists began invading near where he was stationed and Hallel Shmuel Saadon, along with the other soldiers attempted to defend against the onslaught of attacks from the Hamas terrorists.

144.   Decedent Hallel Shmuel Saadon was then killed during the terrorist attack, while attempting to protect other civilians and soldiers.

145.   Plaintiffs, his family members, were devastated to learn that their son, brother, grandson and great-grandson had been killed. They suffered severe psychological and emotional injuries as a result of the attack.

### *Sanandaji Plaintiffs—Supernova Rave Festival Massacre—October 7, 2023*

146.   While on vacation in Israel, plaintiff Natalie Raquele Sanandaji decided to attend the Supernova Rave festival near Kibbutz Re'im.

147.   At 6:30 AM on the morning of October 7, 2023, Natalie Raquele Sanandaji saw rockets overhead and sought to run for shelter. As more rocket barrages followed, festival security instructed festival goers to evacuate the area in their cars.

-34-

148.    As Natalie Raquele Sanandaji and her friends entered their cars and attempted to drive away from the festival grounds, the road was blocked by terrorists. Festival Security then instructed the panicked festival goers to leave their cars and quickly run from the invading terrorists who had begun shooting at them.

149.    Plaintiff Natalie Raquele Sanandaji kept running for four terrifying hours, trying to evade captured or being gunned down, unclear from which direction terrorists were coming. She heard the sounds of weapon fire and destruction being perpetrated all around her.

150.    After many hours of running and hiding, a civilian from the nearby town of Patish, Israel, drove by looking for festival goers to bring to safety in his town. Natalie Raquele Sanandaji and her friends quickly got into his car and were fortunately driven to safety.Plaintiffs Natalie Raquele Sanandaji, Dalia Bat-Sheva D. Yerushalmi and Mehdi Sanandaji, all suffered severe psychological and emotional injuries as a result of the attack.

### *Sharabi Plaintiff—Terrorist Invasion in Sderot—October 7, 2023*

151.    Plaintiff Yinon Sharabi is a resident of Sderot, Israel.

152.    On October 7, 2023, Yinon Sharabi, alongside his wife and children, found himself in the midst of a terrorist invasion of his town. The Hamas attackers had entered the city, overwhelmed the police and security officials and were shooting residents in the street, their homes and the shelters where they had fled. The heavily armed terrorists spared no one in their efforts to murder, rape and kidnap anyone who fell into their path.

153.    In his terrifying and extreme efforts to save his family, Plaintiff Yinon Sharabi suffered severe psychological and emotional injuries as a result of the attack.

### *Wachs Plaintiffs—Terrorist Invasion in Netiv Ha'asara—October 7, 2023*

154.    Decedent Igal Wachs was a member of the volunteer security team, community watch, in the village of Netiv Ha'asara, Israel.

155.    On the morning of October 7, 2023, Igal Wachs and other members of the security team were horrifyingly notified that terrorists were invading their village.

156.    Decedent Igal Wachs quickly went to help defend the village against the attacks who were armed with automatic weapons, grenades, RPGs and knives. Tragically, Igal was brutally killed by the invading terrorists who seemed intent on murdering or abducting anyone they could reach.

157.    Plaintiffs, his family members, were devastated to learn that their husband and father had been killed. They suffered severe psychological and emotional injuries as a result of the attack.

## COUNT I
## Violation of 22 U.S.C. § 2221(c)

158.    Plaintiffs repeat and re-allege each of the foregoing allegations with the same force and effect as if more fully set forth herein.

159.    All Defendants are violating 22 U.S.C. § 2221(c) by providing only for a "temporary pause" in funding to UNRWA. Resuming any funding to UNRWA notwithstanding that UNRWA operates as a known arm and instrumentality of Hamas, provides material support to Hamas, and Defendant has not taken adequate measures to prevent its funding from being transferred to terrorists and designated terrorist organizations violates the statute.

160.    The Defendants are prohibited to make any contributions to UNRWA unless the UN agency takes all possible measures to assure that no part of the United States contribution shall be used to furnish assistance to any individual (refugee) who is receiving military training as a member of the so-called Palestine Liberation Army or any other guerrilla type organization. The Defendants have not compelled nor required UNRWA to comply with this regulation. Nor have the Defendants made any meaningful investigation nor taken any reasonable steps or measures to

safeguard against providing such individuals with assistance and have plainly violated this duty in their transferring of US governmental funds to UNWRA.

161.    In addition, all Defendants are violating 22 U.S.C. § 2221(c) by funding UNWRA despite its assistance and employment to individuals engaged in terrorism. Defendants, under this statute, are prohibited from providing funding and resources to UNRWA unless it has taken all possible measures to deny assistance to any individual (refugees) who has engaged in any act of terrorism. The Defendants have not compelled nor obligated UNRWA to comply with this requirement. Nor have the Defendants made any meaningful investigation nor taken any reasonable steps or measures to safeguard against funding UNWRA while it has provided such individuals with assistance and employment and have plainly violated this duty in their transferring of US governmental funds to UNWRA.

162.    Moreover, all Defendants are violating 22 U.S.C. § 2221(c) by funding UNWRA despite its intentionally authorizing and allowing its institutions, facilities, schools, medical clinics, offices and resources to be utilized, occupied and appropriated by individuals engaged in terrorism. Defendants, under this statute, are prohibited from providing funding and resources to UNRWA unless it has taken all possible measures to deny assistance or access or appropriation to any institution or agency or organization which has engaged in any act of terrorism. The Defendants have not compelled nor obligated UNRWA to comply with this regulation. Nor have the Defendants made any meaningful investigation nor taken any reasonable steps or measures to safeguard against funding UNWRA while it has allowed such institutions, facilities, schools, medical clinics, offices and resources to be utilized, occupied and appropriated by Hamas and other designated terrorist organizations and have plainly violated this duty in their transferring of US governmental funds to UNWRA.

163.    A permanent and complete halt in funding to UNRWA is necessary to comply with 22 U.S.C. § 2221(c).

164.    Plaintiffs have suffered and will suffer significant losses, including loss of life and limb of themselves and loved ones, as a result of Defendant's actions.

165.    The Defendants support to UNWRA endangers the lives of American citizens and poses a threat to US national security, the very dangers and harms that 22 U.S.C. § 2221(c) was enacted to safeguard against.

166.    All Defendants have a nondiscretionary duty to completely cease providing any further funds as stated above and to comply with the federal statute.

167.    All Defendants have a nondiscretionary duty to attempt to recover funds that they obligated, authorized, and/or expended without proper authority.

168.    This Court has jurisdiction to compel all Defendants to perform a nondiscretionary duty pursuant to the Mandamus and Venue Act, 28 U.S.C. §1361.

**COUNT II**
**Violation of Anti-Terrorism Act**
**(18 U.S.C. § 2339A)**

169.    Plaintiffs repeat and re-allege each of the foregoing allegations with the same force and effect as if more fully set forth herein.

170.    By failing to implement a complete halt to all funding to UNRWA, Defendants are providing funding to UNRWA despite it being publicly known that UNRWA has extensive ties to Hamas. Defendants are therefore violating the Anti-Terrorism Act by providing material support to UNRWA, which employs murderers and assist terrorists.

171.    Any further funding to UNRWA will mean Defendants are providing material support and resources to Hamas, which, in turn, has perpetrated and continues to perpetrate various federal crimes of terrorism listed under 18 U.S.C. §§ 2332B(g)(5), including:

a) By violating 18 U.S.C. § 1203 which prohibits the seizing, detaining, or threatening to kill of another person in order to compel a third person or governmental organization to do or abstain from any act as an explicit or implicit condition of the release of the person detained.

b) By violating 18 U.S.C. § 2332 which prohibits the killing of a national of the United States while such national is outside the United States.

c) By violating 18 U.S.C. § 2339C which prohibits the direct or indirect, unlawful and willful provision or collection of funds with the intention that such funds be used to carry out any act intended to cause death or serious bodily injury of a civilians with the purpose of intimidating a population or compelling a government or an international organization to do or abstain from doing any act.

172.    Hamas took hostage at least eight American citizens on October 7, 2023 and killed 31. Hamas has collected UNRWA funds and resources and used them to perpetrate the killing of American citizens. UNRWA employs Hamas operatives.

173.    Plaintiffs have suffered and will suffer significant losses, including loss of life and limb of themselves and loved ones, as a result of Defendant's actions.

174.    Defendants have a nondiscretionary duty to cease providing funds and other material support as stated above and to comply with federal statute.

175.    This Court has jurisdiction to compel the Defendants to perform a nondiscretionary duty pursuant to the Mandamus and Venue Act, 28 U.S.C. § 1361.

## COUNT III
## Violation of Anti-Terrorism Act
## (18 U.S.C. § 2339B)

176.    Plaintiffs repeat and re-allege each of the foregoing allegations with the same force and effect as if more fully set forth herein.

177.    18 U.S.C. § 2339B prohibits the knowing provision of material support or resources to a designated Foreign Terrorist Organization while knowing that it has been designated as such or engages in or has engaged in terrorism.

178.    Hamas is a designated Foreign Terrorist Organization and listed under Executive Order 13224.

179.    Hamas has engaged and engages in terrorist activities pursuant to 8 U.S.C. § 1182(a)(3)(B)(iii), defined as any activity which is unlawful under the laws of the place where it is committed (or which, if it had been committed in the United States, would be unlawful) and includes:

a)  The hijacking or sabotage of any conveyance (including an aircraft, vessel, or vehicle);

b)  The seizing or detaining, and threatening to kill, injure, or continued detention of another individual in order to compel a third person (including a governmental organization) to do or abstain from doing any act as an explicit or implicit condition for the release of the individual seized or detained.

c)  An assassination.

d)  The use of any explosive, firearm, or other weapon or dangerous device with intent to endanger, directly or indirectly, the safety of one or more individuals or to cause substantial damage to property.

e)  A threat, attempt, or conspiracy to do any of the foregoing.

180.    Hamas is also engaged in terrorist activities pursuant to 8 U.S.C. § 1182(a)(3)(B)(iv) by:

a)  Committing or inciting to commit under circumstances indicating an intention to cause death or serious bodily injury, a terrorist activity—as defined in paragraph 70;

b)   Preparing or planning a terrorist activity—as defined in paragraph 70;

c)  Gathering information on potential targets for terrorist activity—as defined in paragraph 70;

d)  Soliciting funds or other things of value for a terrorist activity or a Foreign Terrorist Organization;

e)  Soliciting individuals to engage in conduct described above or for membership in a Foreign Terrorist Organization.

181.    By failing to completely halt all funding to UNRWA, Defendants are providing material support to Hamas, a known Foreign Terrorist Organization engaged in a plethora of terrorist activities over the last several decades and to this day.

182.    Plaintiffs have suffered and will suffer significant losses, including loss of life and limb of themselves and loved ones, as a result of Defendant's actions.

183.    Defendants have a nondiscretionary duty to completely stop funds and other material support as stated above and to comply with federal statute.

184.    This Court has jurisdiction to compel the Defendants to perform a nondiscretionary duty pursuant to the Mandamus and Venue Act, 28 U.S.C. § 1361.

**COUNT IV**
**Violation of Anti-Terrorism Act**
**(18 U.S.C. § 2339C)**

185.    Plaintiffs repeat and re-allege each of the foregoing allegations with the same force and effect as if more fully set forth herein.

186.    18 U.S.C. § 2339C prohibits the provision or collection of funds, directly or indirectly, unlawfully and willfully, with the knowledge that such funds are to be used, in full or in part, an act intended to cause death or serious bodily injury to a civilian when the purpose of such act is to intimidate a population or compel a government or an international organization to do or abstain from doing any act.

187.    By failing to completely halt all funding to UNRWA, Defendants will provide funding to UNRWA despite it being publicly known that UNRWA has ties to Hamas and is effectively controlled by Hamas in the Gaza Strip. It is known that UNRWA is Hamas's proxy and the funds will be used for acts causing death and serious bodily injury to civilians and for the intimidation of the Israeli government.

188.    Plaintiffs have suffered and will suffer significant losses, including loss of life and limb of themselves and loved ones, as a result of Defendant's actions.

189.    Defendants have a nondiscretionary duty to completely stop funds and other material support as stated above and to comply with federal statute.

190.    This Court has jurisdiction to compel the Defendants to perform a nondiscretionary duty pursuant to the Mandamus and Venue Act, 28 U.S.C. § 1361.

## REQUEST FOR RELIEF

**WHEREFORE**, Plaintiffs demand judgment against Defendants for the relief requested herein, including:

(1)    A declaration that the Defendants are violating federal statutes by implementing only a "temporary pause" in funding to UNRWA;

(2)    A permanent injunction requiring Defendants to maintain an absolute cessation on all funding to UNRWA;

(3)    A permanent injunction requiring Defendants to maintain an absolute freeze on all funding to other aid, relief or humanitarian agencies or UN bodies that will directly or indirectly transfer funds to UNRWA,

(5)    A declaration that the Defendants have a nondiscretionary duty to attempt to recover funds that they obligated, authorized, and/or expended without proper authority.

(6)    In the alternative, Plaintiffs request that no further funding be provided to UNRWA absent unassailable evidence that UNRWA has cut *all* ties with Hamas and taken all possible measures to ensure no funding, resources, or support indirectly or directly assist terrorists;

(7)    Mandamus relief compelling the government officers and agencies of the United States government to comply with the statutes, take adequate measures to prevent the diversion of federal funds to support terrorism, and to seek recovery of funds provided without authority;

(8)    Costs and attorneys' fees; and

(9)    Such other further relief that this Court may deem appropriate.

## JURY DEMAND

Plaintiffs hereby demand a trial by jury of all issues.

-42-

Dated:   Brooklyn, New York
         March 1, 2024

                                    Yours,

                                    THE BERKMAN LAW OFFICE, LLC
                                    *Attorneys for Plaintiffs*

                                    by:  _____
                                          Robert J. Tolchin

                                    829 East 15th Street, Box 7
                                    Brooklyn, New York 11230
                                    (718) 855-3627

*Of counsel:*
NITSANA DARSHAN-LEITNER & CO.
Nitsana Darshan-Leitner
*Israeli counsel for the plaintiffs*
10 Hata'as Street
Ramat Gan, 52512 Israel
Israeli #: 011-972-3-7514175
U.S. #: 212-591-0073