UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
_____x

ETHAN KESSLER HALLEY, et al.,

                          Plaintiffs,

        -against-

ANTONY BLINKEN, et al.,

                    Defendants.
_____x

**DECLARATION OF RECEIPT OF
PROOF OF MAILING**

**Civil Action No.: 1:24-cv-00571-RDM**

      **ROBERT J. TOLCHIN**, declares and state under the penalties of perjury that:

      I am not a party to the action, I am over 18 years of age and reside in Kings County, New York.

      That I attach hereto proof of receipt of mailing from The United States Postal Service for service of **PLAINTIFFS' SUMMONS IN A CIVIL ACTION AND COMPLAINT ( DOCUMENT #1 AND DOCUMENT # 5)** served upon the following defendants **via Certified Mail: Return Receip**t on April 16, 2024:

                              **Merrick Garland**
                 **Attorney General of the United States**
                      **U.S. Department of Justice**
                 **950 Pennsylvania Avenue NW**
                       **Washington, DC 20530**
                  **Via Certified Mai: Return Receipt**
          **Tracking Number: 7006-2760-0001-4393-2208**
                     **Mailed: April 16, 2024**
                    **Received: April 22, 2024**


                              **Mathew Graves**
      **United States Attorney for the District of Columbia**
                      **601 D Street NW**
                      **Washington, DC 20530**
                  **Via Certified Mail: Return Receipt**
          **Tracking Number: 7006-2760-0001-4393-2215**
                     **Mailed: April 16, 2024**
                    **Received: April 22, 2024**

**Civil Process Clerk**
**U.S. Attorney for the District of Columbia**
**601 D Street NW**
**Washington, DC 20530**
**<u>Via Certified Mail: Return Receipt</u>**
**<u>Tracking Number: 7006-2760-0001-4391-1111</u>**
**Mailed: April 16, 2024**
**Received: April 22, 2024**

**Date: Brooklyn, New York**
**May 16, 2024**

_____
**ROBERT J. TOLCHIN**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse
  so that we can return the card to you.
- Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Merrick Garland
Attorney General of The
United States - By The
US Dept of Justice
950 Pennsylvania Avenue
Washington DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   APR 2 2 2024

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7008 2760 0001 4393 2208

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**The Berkman Law Office, LLC**
**829 East 15th Street**
**Brooklyn, New York 11230**

S & C    Halley  v.  Blinken

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Matthew Graves
U.S. Attorney for District of
Columbia
   601 D Street, NW
Washington. DC 20530

2. Article Number
(Transfer from service label)

7006 2760 0001 4393 2215

PS Form 3811, February 2004          Domestic Return Receipt          102695-02-M-1540

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____  ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
APR 2 2 2024

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No
                              INSPECTED 22

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

The Berkman Law Office, LLC
829 East 15th Street
Brooklyn, New York 11230

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

□ Agent
□ Addressee

B. Received by (Printed Name)

APR 2 2 2024

C. Date of Delivery

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:   □ No

INSPECTED 22

1. Article Addressed to:

Civil Process Clerk
U.S. Attorney for District
of Columbia
601 D Street NW,
Washington, D.C. 20530

3. Service Type
   ☑ Certified Mail   □ Express Mail
   □ Registered       □ Return Receipt for Merchandise
   □ Insured Mail     □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number
(Transfer from service label)

7006 2760 0001 4391 1111

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box *

**The Berkman Law Office, LLC**
**829 East 15th Street**
**Brooklyn, New York 11230**

S+C    Halley   V.  Blinken et. al

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
_____x

ETHAN KESSLER HALLEY, et al.,

                         Plaintiffs,                       **AFFIDAVIT OF SERVICE**

        -against-                      **Civil Action No.: 1:24-cv-00571-RDM**

ANTHONY BLINKEN, et al.,

                         Defendants.
_____x

STATE OF NEW YORK  )
                       ) ss.:
COUNTY OF KINGS    )

    **SHOSHANA SHUMUNOV**, being duly sworn, deposes and says:

    I am not a party to the action, am over 18 years of age and reside in New York County, New

York.

    On April 16, 2024, I served the within **SUMMONS AND COMPLAINT** upon:

**Anthony Blinken**
**Secretary of the United States**
**Department of State**
**2201 C Street NW**
**Washington, DC 20520**
**<u>Via Certified Mail: Return Receipt</u>**
**<u>Tracking #: 7006-2760-0001-4393-2161</u>**

**United States Department of State**
**2201 C Street NW**
**Washington, DC 20520**
**<u>Via Certified Mail: Return Receipt</u>**
**<u>Tracking #: 7006-2760-0001-4393-2178</u>**

**Richard Verma**
**Deputy Secretary of State for**
**Management and Resources**
**2201 C Street NW**
**Washington, DC 20520**
**<u>Via Certified Mail: Return Receipt</u>**
**<u>Tracking #: 7006-2760-0001-4393-2185</u>**

**Tamara Cofman Wittes**
**Director, Office of U.S. Foreign Assistance**
**2201 C Street NW**
**Washington, DC 20520**
**Via Certified Mail: Return Receipt**
**Tracking #: 7006-2760-0001-4393-2192**

**Merrick Garland**
**Attorney General of the United States**
**U.S. Department of Justice**
**950 Pennsylvania Avenue NW**
**Washington, DC 20530**
**Via Certified Mail: Return Receipt**
**Tracking Number: 7006-2760-0001-4393-2208**

**Mathew Graves**
**United States Attorney for the District of Columbia**
**601 D Street NW**
**Washington, DC 20530**
**Via Certified Mail: Return Receipt**
**Tracking Number: 7006-2760-0001-4393-2215**

**Civil Process Clerk**
**U.S. Attorney for the District of Columbia**
**601 D Street NW**
**Washington, DC 20530**
**Via Certified Mail: Return Receipt**
**Tracking #: 7006-2760-0001-4391-1111**

by depositing a true copy thereof enclosed in a postage-paid wrapper, in an official depository under the

exclusive care and custody of the **United States Postal Service: Via Certified Mail: Return Receipt**

within New York State, addressed to each of the above named person/office/defendant at the last known

address set forth after each name. Please see proof attached hereto.

Sworn to before me this
17th Day of April, 2024

_____
Notary Public

**SHOSHANA SHUMUNOV**



**UNITED STATES POSTAL SERVICE.**

```
                    MIDWOOD
             1288 CONEY ISLAND AVE
             BROOKLYN, NY 11230-9997
                 (800)275-8777
04/16/2024
                                        02:07 PM

Product              Qty   Unit      Price
                           Price
------------------------------------------
Priority Mail®        1
   Washington, DC 20520              $13.10
   Weight: 3 lb 0.80 oz
   Expected Delivery Date
      Thu 04/18/2024
   Insurance
      Up to $100.00 included         $0.00
Certified Mail®
   Tracking #:                        $4.40
      70062760000143932192
   Return Receipt
      Tracking #:                     $3.65
         9590 9403 0573 5183 2853 27
Total                                $21.15

Priority Mail®        1
   Washington, DC 20530              $12.15
   Weight: 2 lb 15.70 oz
   Expected Delivery Date
      Thu 04/18/2024
   Insurance
      Up to $100.00 included         $0.00
Certified Mail®
   Tracking #:                        $4.40
      70062760000143911111
   Return Receipt
      Tracking #:                     $3.65
         9590 9403 0573 5183 2853 27
Total                                $20.20

Priority Mail®        1
   Washington, DC 20530              $13.10
   Weight: 3 lb 1.00 oz
   Expected Delivery Date
      Thu 04/18/2024
   Insurance
      Up to $100.00 included         $0.00
Certified Mail®
   Tracking #:                        $4.40
      70062760000143932215
   Return Receipt
      Tracking #:                     $3.65
         9590 9403 0573 5183 2853 27
Total                                $21.15
```

```
Priority Mail®        1              $13.10
   Washington, DC 20530
   Weight: 3 lb 0.70 oz
   Expected Delivery Date
      Thu 04/18/2024
   Insurance                         $0.00
      Up to $100.00 included
   Certified Mail®                   $4.40
      Tracking #:
         70062760000143932208
   Return Receipt                    $3.65
      Tracking #:
         9590 9403 0573 5183 2853 27
Total                               $21.15

Priority Mail®        1              $13.10
   Washington, DC 20520
   Weight: 3 lb 0.50 oz
   Expected Delivery Date
      Thu 04/18/2024
   Insurance                         $0.00
      Up to $100.00 included
   Certified Mail®                   $4.40
      Tracking #:
         70062760000143932178
   Return Receipt                    $3.65
      Tracking #:
         9590 9403 0573 5183 2853 27
Total                               $21.15

Priority Mail®        1              $13.10
   Washington, DC 20520
   Weight: 3 lb 0.90 oz
   Expected Delivery Date
      Thu 04/18/2024
   Insurance                         $0.00
      Up to $100.00 included
   Certified Mail®                   $4.40
      Tracking #:
         70062760000143932161
   Return Receipt                    $3.65
      Tracking #:
         9590 9403 0573 5183 2853 27
Total                               $21.15

Priority Mail®        1              $13.10
   Washington, DC 20520
   Weight: 3 lb 0.80 oz
   Expected Delivery Date
      Thu 04/18/2024
   Insurance                         $0.00
      Up to $100.00 Included
   Certified Mail®                   $4.40
      Tracking #:
         70062760000143932185
   Return Receipt                    $3.65
      Tracking #:
         9590 9403 0573 5183 2853 27
Total                               $21.15

Grand Total:                       $147.10
```



7006 2760 0001 4393 2161

*From:*
*The Berkman Law Office, LLC*
*829 East 15th Street, Box 7*
*Brooklyn, New York 11230*

To:

**Via Certified Mail: Return Receipt**
**Tracking Number: 7006-2760-0001-4393-2161**

**Anthony Blinken**
**Secretary of the United States**
**Department of State**
**2201 C Street NW**
**Washington, DC 20520**

**First Class Mail**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Anthony Blinken
Secretary of the U.S
Department of State
2201 C Street, NW
Washington DC 20521

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( Printed Name )      C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7006 2760 0001 4393 2161

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540



7006 2760 0001 4393 2178

*From:*
*The Berkman Law Office, LLC*
*829 East 15th Street, Box 7*
*Brooklyn, New York 11230*

To:    **Via Certified Mail: Return Receipt**
**Tracking Number: 7006-2760-0001-4393-2178**
**United States Department of State**
**2201 C Street NW**
**Washington, DC 20520**

**First Class Mail**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Department of State
2201 C Street, NW
Washington, DC 20520

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7006 2760 0001 4393 2178

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540





**First Class Mail**

7006 2760 0001 4393 2185

*From:*
*The Berkman Law Office, LLC*
*829 East 15th Street, Box 7*
*Brooklyn, New York 11230*

To:

## Via Certified Mail: Return Receipt
## Tracking Number: 7006-2760-0001-4393-2185

**Richard Verma**
**Deputy Secretary of State for**
**Management and Resources**
**2201 C Street NW**
**Washington, DC 20520**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Richard Verma
Deputy Secretary of State for
Management and Resources
2201 C Street, NW
Washington, DC 20520

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7006 2760 0001 4573 2585

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

From:
The Berkman Law Office, LLC
829 East 15th Street, Box 7
Brooklyn, New York 11230

To:     Via Certified Mail: Return Receipt

Tracking Number: 7006-2760-0001-4393-2192

Tamara Cofman Wittes

Director, Office of U.S. Foreign Assistance

2201 C Street NW

Washington, DC 20520

7006 2760 0001 4393 2192

First Class Mail

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

1. Article Addressed to:

Tamara Cofman Wittes
Director, Office of US Foreign Assistance
2201 C Sreet, NW
Washington, DC 20520

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7006 2760 0001 4353 2192

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540



7006 2760 0001 4393 2208

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

Postage | $ |
Certified Fee | |
Return Receipt Fee (Endorsement Required) | | Postmark Here
Restricted Delivery Fee (Endorsement Required) | |
Total Postage & Fees | $ | Attorney General US Dept of Justice

Sent To Merrick Garland
Street, Apt. No.; or PO Box No. 950 Pennsylvania Ave.
City, State, ZIP+4 Washington, DC 20530

PS Form 3800, August 2006                See Reverse for Instructions

7006 2760 0001 4393 2208

*From:*
*The Berkman Law Office, LLC*
*829 East 15th Street, Box 7*
*Brooklyn, New York 11230*

To:

**Via Certified Mail: Return Receipt**
**Tracking Number: 7006-2760-0001-4393-2208**

**Merrick Garland**
**Attorney General of The United States**
**U.S. Department of Justice**
**950 Pennsylvania Avenue, NW**
**Washington, DC 20530**

**First Class Mail**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Merrick Garland
Attorney General of The
United States
US Dept of Justice
950 Pennsylvania Avenue,
Washington DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7006 2760 0001 4393 2208

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



*From:*
*The Berkman Law Office, LLC*
*829 East 15th Street, Box 7*
*Brooklyn, New York 11230*

**To:**

**Via Certified Mail: Return Receipt**
**Tracking Number: 7006-2760-0001-4393-2215**

**Matthew Graves**
**United States Attorney for the District of Columbia**
**601 D Street NW**
**Washington, DC 20530**

7006 2760 0001 4393 2215

First Class Mail

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Matthew Graves
U.S. Attorney for District of
Columbia
   601 D Street, NW
Washington DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                          ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)           ☐ Yes

2. Article Number
   (Transfer from service label)    7006 2760 0001 4393 2215

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

7006 2760 0001 4391 1111

O F F I C I A L   U S E

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Postmark
Here

Sent To  Civil Process Clerk
Street, Apt. No.;
or PO Box No.  601 D Street NW
City, State, ZIP+4  Washington DC 20530

PS Form 3800, August 2006          See Reverse for Instructions



7006 2760 0001 4391 1111

**First Class Mail**

From:
The Berkman Law Office, LLC
829 East 15th Street, Box 7
Brooklyn, New York 11230

To:

Via Certified Mail: Return Receipt
Tracking Number: 7006-2760-0001-4391-1111

Civil Process Clerk
United States Attorney for the District of Columbia
601 D Street NW
Washington, DC 20530

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

° Sender: Please print your name, address, and ZIP+4 in this box °

**The Berkman Law Office, LLC**
**829 East 15th Street**
**Brooklyn, New York 11230**

S+C    Halley   V.  Blinken et. al

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
U.S. Attorney for District
of Columbia
601 D Street NW,
Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7006 2760 0001 4391 1111

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X ☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Civil Process Clerk
U.S. Attorney for District
of Columbia
601 D Street NW,
Washington, D.C. 20530

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)   7006 2760 0001 4391 1111

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
_____x

ETHAN KESSLER HALLEY, et al.,

                              Plaintiffs,                    **AFFIDAVIT OF SERVICE**

              -against-                                     **Civil Action No.: 1:24-cv-00571-RDM**

ANTHONY BLINKEN, et al.,

                              Defendants.
_____x

---

**AFFIDAVIT OF SERVICE**

---

**TO:**

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
_____x

ETHAN KESSLER HALLEY, et al.,

                     Plaintiffs,

      -against-

ANTONY BLINKEN, et al.,

               Defendants.
_____x

**DECLARATION OF RECEIPT OF
PROOF OF MAILING**

**Civil Action No.: 1:24-cv-00571-RDM**

---

**AFFIDAVIT OF SERVICE**

---

**THE BERKMAN LAW OFFICE, LLC**
**Attorneys for Plaintiffs**
**829 EAST 15TH STREET, BOX 7**
**BROOKLYN, NEW YORK 11230**
**PHONE: 718-855-3627**
**FAX: 718-855-4696**

---

**TO:**