UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
_____x

ETHAN KESSLER HALLEY, et al.,

                            Plaintiffs,

        -against-

ANTONY BLINKEN, et al.,

                        Defendants.
_____x

**DECLARATION OF RECEIPT OF
PROOF OF MAILING**

**Civil Action No.: 1:24-cv-00571-RDM**

      **ROBERT J. TOLCHIN**, declares and state under the penalties of perjury that:

      I am not a party to the action, I am over 18 years of age and reside in Kings County, New York.

      That I attach hereto proof of receipt of mailing from The United States Postal Service for service

of **PLAINTIFFS' SUMMONS IN A CIVIL ACTION AND COMPLAINT ( DOCUMENT #1 AND**

**DOCUMENT # 5)** served upon the following defendants **via Certified Mail: Return Receip**t on April

16, 2024:

                          **Merrick Garland**
           **Attorney General of the United States**
                **U.S. Department of Justice**
            **950 Pennsylvania Avenue NW**
                  **Washington, DC 20530**
             **Via Certified Mai: Return Receipt**
       **Tracking Number: 7006-2760-0001-4393-2208**
                **Mailed: April 16, 2024**
             **Received: April 22, 2024**

                          **Mathew Graves**
     **United States Attorney for the District of Columbia**
                   **601 D Street NW**
                  **Washington, DC 20530**
            **Via Certified Mail: Return Receipt**
       **Tracking Number: 7006-2760-0001-4393-2215**
                **Mailed: April 16, 2024**
             **Received: April 22, 2024**

**Civil Process Clerk**
**U.S. Attorney for the District of Columbia**
**601 D Street NW**
**Washington, DC 20530**
**<u>Via Certified Mail: Return Receipt</u>**
**<u>Tracking Number: 7006-2760-0001-4391-1111</u>**
**Mailed: April 16, 2024**
**Received: April 22, 2024**

**Date: Brooklyn, New York**
**May 16, 2024**

_____
**ROBERT J. TOLCHIN**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Merrick Garland
Attorney General of The
United States - DOJ
US Dept of Justice
950 Pennsylvania Avenue
Washington DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

B. Received by (Printed Name)     C. Date of Delivery

APR 2 2 2024

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:          □ No

3. Service Type
   □ Certified Mail      □ Express Mail
   □ Registered          □ Return Receipt for Merchandise
   □ Insured Mail        □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number
   (Transfer from service label)

7006 2760 0001 4393 2208

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

The Berkman Law Office, LLC
829 East 15th Street
Brooklyn, New York 11230

S & C    Halley   v.   Blinken

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Matthew Graves
U.S. Attorney for District of
Columbia
  601 D Street, NW
Washington. DC 20530

2. Article Number
(Transfer from service label)

7006 2760 0001 4393 2215

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
APR 2 2 2024

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No
   INSPECTED 22

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)        ☐ Yes



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**The Berkman Law Office, LLC**
**829 East 15th Street**
**Brooklyn, New York 11230**

S+C Wultman + Reichman et al

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X      ☐ Agent   ☐ Addressee<br>B. Received by *(Printed Name)*    C. Date of Delivery<br>APR 2 2 2024 |
| 1. Article Addressed to:<br><br>Civil Process Clerk<br>U.S. Attorney for District<br>of Columbia<br>601 D Street NW,<br>Washington, D.C. 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>INSPECTED 22<br><br>3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*    ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)*    7006 2760 0001 4391 1111 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box *

**The Berkman Law Office, LLC**
**829 East 15th Street**
**Brooklyn, New York 11230**

S+C   Halley   V.   Blinken   et. al

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
_____x

ETHAN KESSLER HALLEY, et al.,

        Plaintiffs,      **AFFIDAVIT OF SERVICE**

    -against-      **Civil Action No.: 1:24-cv-00571-RDM**

ANTHONY BLINKEN, et al.,

        Defendants.
_____x

STATE OF NEW YORK )
        ) ss.:
COUNTY OF KINGS  )

  **SHOSHANA SHUMUNOV**, being duly sworn, deposes and says:

  I am not a party to the action, am over 18 years of age and reside in New York County, New

York.

  On April 16, 2024, I served the within **SUMMONS AND COMPLAINT** upon:

**Anthony Blinken**
**Secretary of the United States**
**Department of State**
**2201 C Street NW**
**Washington, DC 20520**
**<u>Via Certified Mail: Return Receipt</u>**
**<u>Tracking #: 7006-2760-0001-4393-2161</u>**

**United States Department of State**
**2201 C Street NW**
**Washington, DC 20520**
**<u>Via Certified Mail: Return Receipt</u>**
**<u>Tracking #: 7006-2760-0001-4393-2178</u>**

**Richard Verma**
**Deputy Secretary of State for**
**Management and Resources**
**2201 C Street NW**
**Washington, DC 20520**
**<u>Via Certified Mail: Return Receipt</u>**
**<u>Tracking #: 7006-2760-0001-4393-2185</u>**

**Tamara Cofman Wittes**
**Director, Office of U.S. Foreign Assistance**
**2201 C Street NW**
**Washington, DC 20520**
**Via Certified Mail: Return Receipt**
**Tracking #: 7006-2760-0001-4393-2192**

**Merrick Garland**
**Attorney General of the United States**
**U.S. Department of Justice**
**950 Pennsylvania Avenue NW**
**Washington, DC 20530**
**Via Certified Mail: Return Receipt**
**Tracking Number: 7006-2760-0001-4393-2208**

**Mathew Graves**
**United States Attorney for the District of Columbia**
**601 D Street NW**
**Washington, DC 20530**
**Via Certified Mail: Return Receipt**
**Tracking Number: 7006-2760-0001-4393-2215**

**Civil Process Clerk**
**U.S. Attorney for the District of Columbia**
**601 D Street NW**
**Washington, DC 20530**
**Via Certified Mail: Return Receipt**
**Tracking #: 7006-2760-0001-4391-1111**

by depositing a true copy thereof enclosed in a postage-paid wrapper, in an official depository under the

exclusive care and custody of the **United States Postal Service: Via Certified Mail: Return Receipt**

within New York State, addressed to each of the above named person/office/defendant at the last known

address set forth after each name. Please see proof attached hereto.

Sworn to before me this
17th Day of April, 2024

_____
Notary Public

**SHOSHANA SHUMUNOV**



**UNITED STATES POSTAL SERVICE.**

MIDWOOD
1288 CONEY ISLAND AVE
BROOKLYN, NY 11230-9997
(800)275-8777

04/16/2024                                02:07 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

Priority Mail®          1                    $13.10
  Washington, DC 20520
  Weight: 3 lb 0.80 oz
  Expected Delivery Date
    Thu 04/18/2024
  Insurance                                  $0.00
    Up to $100.00 included
  Certified Mail®                            $4.40
    Tracking #:
      70062760000143932192
  Return Receipt                             $3.65
    Tracking #:
      9590 9403 0573 5183 2853 27
Total                                        $21.15

Priority Mail®          1                    $12.15
  Washington, DC 20530
  Weight: 2 lb 15.70 oz
  Expected Delivery Date
    Thu 04/18/2024
  Insurance                                  $0.00
    Up to $100.00 included
  Certified Mail®                            $4.40
    Tracking #:
      70062760000143911111
  Return Receipt                             $3.65
    Tracking #:
      9590 9403 0573 5183 2853 27
Total                                        $20.20

Priority Mail®          1                    $13.10
  Washington, DC 20530
  Weight: 3 lb 1.00 oz
  Expected Delivery Date
    Thu 04/18/2024
  Insurance                                  $0.00
    Up to $100.00 included
  Certified Mail®                            $4.40
    Tracking #:
      70062760000143932215
  Return Receipt                             $3.65
    Tracking #:
      9590 9403 0573 5183 2853 27
Total                                        $21.15

```
Priority Mail®      1                    $13.10
    Washington, DC 20530
    Weight: 3 lb 0.70 oz
    Expected Delivery Date
        Thu 04/18/2024
    Insurance                            $0.00
        Up to $100.00 included
    Certified Mail®                      $4.40
        Tracking #:
            70062760000143932208
    Return Receipt                       $3.65
        Tracking #:
            9590 9403 0573 5183 2853 27
Total                                    $21.15

Priority Mail®      1                    $13.10
    Washington, DC 20520
    Weight: 3 lb 0.50 oz
    Expected Delivery Date
        Thu 04/18/2024
    Insurance                            $0.00
        Up to $100.00 included
    Certified Mail®                      $4.40
        Tracking #:
            70062760000143932178
    Return Receipt                       $3.65
        Tracking #:
            9590 9403 0573 5183 2853 27
Total                                    $21.15

Priority Mail®      1                    $13.10
    Washington, DC 20520
    Weight: 3 lb 0.90 oz
    Expected Delivery Date
        Thu 04/18/2024
    Insurance                            $0.00
        Up to $100.00 included
    Certified Mail®                      $4.40
        Tracking #:
            70062760000143932161
    Return Receipt                       $3.65
        Tracking #:
            9590 9403 0573 5183 2853 27
Total                                    $21.15

Priority Mail®      1                    $13.10
    Washington, DC 20520
    Weight: 3 lb 0.80 oz
    Expected Delivery Date
        Thu 04/18/2024
    Insurance                            $0.00
        Up to $100.00 included
    Certified Mail®                      $4.40
        Tracking #:
            70062760000143932185
    Return Receipt                       $3.65
        Tracking #:
            9590 9403 0573 5183 2853 27
Total                                    $21.15


Grand Total:                            $147.10
```



7006 2760 0001 4393 2161

*From:*
*The Berkman Law Office, LLC*
*829 East 15th Street, Box 7*
*Brooklyn, New York 11230*

To:

**Via Certified Mail: Return Receipt**
**Tracking Number: 7006-2760-0001-4393-2161**

**Anthony Blinken**
**Secretary of the United States**
**Department of State**
**2201 C Street NW**
**Washington, DC 20520**

**First Class Mail**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Anthony Blinken
Secretary of the U.S
Department of State
2201 C Street, NW
Washington DC 2052

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7006 2760 0001 4393 2161

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540



7006 2760 0001 4393 2178

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage | $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees | $

Postmark
Here

Sent To United States Department of Justice
Street, Apt. No.;
or PO Box No. 950 Pennsylvania Avenue
City, State, ZIP+4 Washington DC 23520

PS Form 3800, August 2006          See Reverse for Instructions

7006 2760 0001 4393 2178

First Class Mail

From:
The Berkman Law Office, LLC
829 East 15th Street, Box 7
Brooklyn, New York 11230

To:

Via Certified Mail: Return Receipt

Tracking Number: 7006-2760-0001-4393-2178

United States Department of State

2201 C Street NW

Washington, DC 20520

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

1. Article Addressed to:

United States Department of State
2201 C Street, NW
Washington, DC 20520

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7004 2760 0001 4393 2178

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540





*From:*
*The Berkman Law Office, LLC*
*829 East 15th Street, Box 7*
*Brooklyn, New York 11230*

<u>**Via Certified Mail: Return Receipt**</u>

To: <u>**Tracking Number: 7006-2760-0001-4393-2185**</u>

**Richard Verma**

**Deputy Secretary of State for**

**Management and Resources**

**2201 C Street NW**

**Washington, DC 20520**

7006 2760 0001 4393 2185

**First Class Mail**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Richard Verma
Deputy Secretary of State for
Management and Resources
2201 C Street, NW
Washington, DC 20520

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7006 2760 0001 4573 2585

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

From:
The Berkman Law Office, LLC
829 East 15th Street, Box 7
Brooklyn, New York 11230

To:

Via Certified Mail: Return Receipt
Tracking Number: 7006-2760-0001-4393-2192

Tamara Cofman Wittes
Director, Office of U.S. Foreign Assistance
2201 C Street NW
Washington, DC 20520

7006 2760 0001 4393 2192

First Class Mail

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name* )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Tamara Cofman Wittes<br>Director, Office of U.S. Foreign Assistance<br>2201 C Sreet, NW<br>Washington, DC 20520 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2760 0001 4353 2192 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

7006 2760 0001 4393 2208

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Sent To Merrick Garland

Street, Apt. No.; U.S. Dept of Justice
or PO Box No. Pennsylvania Ave

City, State, ZIP+4 Washington, DC 20530

Postmark
Here

Attorney General
U.S. Dept of Justice

PS Form 3800, August 2006   See Reverse for Instructions

7006 2760 0001 4393 2208

*From:*
*The Berkman Law Office, LLC*
*829 East 15th Street, Box 7*
*Brooklyn, New York 11230*

To:

**Via Certified Mail: Return Receipt**
**Tracking Number: 7006-2760-0001-4393-2208**

**Merrick Garland**
**Attorney General of The United States**
**U.S. Department of Justice**
**950 Pennsylvania Avenue, NW**
**Washington, DC 20530**

First Class Mail

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Merrick Garland
Attorney General of The
United States
US Dept of Justice
950 Pennsylvania Avenue
Washington DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                         ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7006 2760 0001 4393 2208

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540



*From:*

*The Berkman Law Office, LLC*
*829 East 15th Street, Box 7*
*Brooklyn, New York 11230*

To:

**Via Certified Mail: Return Receipt**
**Tracking Number: 7006-2760-0001-4393-2215**

**Matthew Graves**
**United States Attorney for the District of Columbia**
**601 D Street NW**
**Washington, DC 20530**

7006 2760 0001 4393 2215

**First Class Mail**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Matthew Graves
U.S. Attorney for District of
Columbia
601 D Street, NW
Washington DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                       ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7006 2760 0001 4393 2215

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540





7006 2760 0001 4391 1111

**First Class Mail**

*From:*
*The Berkman Law Office, LLC*
*829 East 15th Street, Box 7*
*Brooklyn, New York 11230*

To:

<u>Via Certified Mail: Return Receipt</u>
<u>Tracking Number: 7006-2760-0001-4391-1111</u>

**Civil Process Clerk**
**United States Attorney for the District of Columbia**
**601 D Street NW**
**Washington, DC 20530**

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

° Sender: Please print your name, address, and ZIP+4 in this box °

**The Berkman Law Office, LLC**
**829 East 15th Street**
**Brooklyn, New York 11230**

S+C   Halley   V.   Blinken   et. al

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
U.S. Attorney for District
of Columbia
601 D Street NW,
Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
   ☑ Certified Mail        ☐ Express Mail
   ☐ Registered            ☐ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7006 2760 0001 4391 1111

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
U.S. Attorney for District
of Columbia
601 D Street NW,
Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                            ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)      7006 2760 0001 4391 1111

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
_____x

ETHAN KESSLER HALLEY, et al.,

                    Plaintiffs,          **AFFIDAVIT OF SERVICE**

        -against-                **Civil Action No.: 1:24-cv-00571-RDM**

ANTHONY BLINKEN, et al.,

                    Defendants.
_____x

**AFFIDAVIT OF SERVICE**

**TO:**

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
_____x

ETHAN KESSLER HALLEY, et al.,

                     Plaintiffs,

      -against-

ANTONY BLINKEN, et al.,

              Defendants.
_____x

**DECLARATION OF RECEIPT OF
PROOF OF MAILING**

**Civil Action No.: 1:24-cv-00571-RDM**

---

**AFFIDAVIT OF SERVICE**

---

**THE BERKMAN LAW OFFICE, LLC**
**Attorneys for Plaintiffs**
**829 EAST 15TH STREET, BOX 7**
**BROOKLYN, NEW YORK 11230**
**PHONE: 718-855-3627**
**FAX: 718-855-4696**

---

**TO:**