# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ethan Kessler Halley, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Antony Blinken, *et al.*, <br><br> *Defendants*. | Civil Action No. 24-571 (RDM) |

## ORDER

For the reasons explained in the Court's memorandum opinion, Dkt. 14, it is hereby

**ORDERED** that this case is **DISMISSED** without prejudice for lack of jurisdiction.

This Order constitutes a final judgment of the Court within the meaning of Rule 58(a) of the Federal Rules of Civil Procedure. The Clerk of Court is directed to terminate the case.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: November 21, 2024